# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

05 MAR 28 PM 4:46

Jessie L. Pearson

Inmate Identification Number: 43542

Rt 7 Box 48 Robinson Rd
Alex City AL 35010

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

David McMichael — Jail Administrator
Officer - Kyle
Tallapoosa County Jail
Dadeville AL 638—

(Enter above full name(s) of the defendant(s)
in this action)

RECEIVED
2005 MAY -5 A 10:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST...

CV-05-HGD-0680-M

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

CA: 3:05cv418-T

I.   **Previous lawsuits**

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (  )            No (✗)

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s): _____ N/A _____

             Defendant(s): _____


2. Court (if Federal Court, name the district; if State Court name the county) NA- Tallapoosa County Jail

3. Docket number _____

4. Name of judge to whom case was assigned NA Judge Brywan Bryan

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NA was sentence to five years.

6. Approximate date of filing lawsuit  NA

7. Approximate date of disposition  NA

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No (X)

   C. If your answer is YES:
      1. What steps did you take?  NA
      2. What was the result?  NA

   D. If your answer is NO, explain why not?  Did not know how to go about doing it.

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) __JESSIE W PEARSON__

Address __115 BURN ST Alex City__
__RT 7 - Box 48 Robinson Rd__
__Alex City AL 35010__

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant __David McMichal__

is employed as __Jail Aministrator__

at __Tallapoosa County Jail__

C. Additional Defendants __Officer Kye__

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

__I came to this jail in 3-14-04, I was sick and needed medical help the took their time seeing me, I did not have T.B symtom until I came to Tallapoos county jail, I was told that i could__

3

not work, I was put in the truck dorm and put to work outside, I was cutting grass, burning trees, cleaning the F.O.P. logs, washing police cars, unloading commissary truck

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Get me compensation for medical treatment addiction medical injury pain and suffering Eyes getting worst because of poor lighting being exposed to T.B. inmate Hepitis, and Aids, All put in the same cell, payment for all the trouble my mom had try to bond me out, she hire a bail bond to help, he said

"I declare under penalty of perjury that the foregoing is true and correct. That they said I had no bond when all the time I did

Executed on  3-23-05 .

*Jessie W Pearson*
Signature(s)

4

# TALLAPOOSA COUNTY JAIL
## INMATE REQUEST FORM
(ONLY ONE REQUEST PER FORM)

NAME: Jessie V Pearson   ID#: _____   CELL#: 26   DATE: 3-22-05

BRIEFLY OUTLINE YOUR REQUEST:

Can you let me know something about my probation hearing, Stacy Olds is my probation officer, I have been in jail for 2 weeks now, can you get me Judge Brine address so I can write him, This is what I am talking about,

(INMATES SIGNATURE)

---

DO NOT WRITE BELOW THIS LINE – FOR REPLY ONLY

Mr. Pearson I'am not sure when you will be going to court. Judge Bryan does not have a ofc in Dadeville or Alex City. Write J Bryan Court Square Alex City Ala 35010

3-23-05
(DATE)

Moss
(OFFICERS SIGNATURE)

TCJ Form -04