FOR USE BY INCARCERATED PERSONS

RECEIVED

05 MAR 28 PM 4:46

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2005 MAY -5 A 10: 08

CA: 3:05CV418-T

CV-05-HGD-

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: JESSIE W PEARSON / JESSIE W PEARSON

   Present mailing address: 115 BURN ST / RT 7 BOX 48 ROBINSON RD
   ALEX CITY AL 35010 / ALEX CITY AL 35010

2. Are you presently employed?  Yes ____  No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   NA

   NA

   Monthly earnings: NA

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Southern Foodservice, Birmingham AL
   2-05 – 600.00

   Date last worked: 2-20-05

   Monthly earnings: $600.00

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?   Yes ____  No ✓

   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____  No ✓

1

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Jessie Pearson__ has been incarcerated in this institution since __3-10-05__, and that he has the sum of $__.72¢__ in his prison or jail trust account on this the __23__ day of __March__, __05__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 3-10-05 | $ 2.06 | $ |
| Month 2 | 3-15-05 | $ | $ Spent 1.34 Commissary |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | | $ | $ |

__Marianne Adams__
Signature of Authorized Officer of Institution

__Tallapoosa Co. Jail__
Name of Institution

4

★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

INSTRUCTIONS FOR PRISONERS FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

This packet contains two copies of a complaint form and one copy of an Application to Proceed *In Forma Pauperis*. To start an action, you must file an original, signed, and dated complaint. You should retain one copy of the complaint for your own records.

Your complaint must be legibly handwritten or typewritten and the facts of the complaint must be set out clearly and concisely in chronological order. **You must sign and date the complaint.** If you need additional space to answer a question, you may use an additional blank page. Do NOT write on the reverse side of the complaint form.

You will note that you are required to provide facts in your complaint. THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

**No more than one plaintiff may be named in a complaint.** Each plaintiff must file a separate complaint and application to proceed *in forma pauperis* or filing fee.

Your complaint may be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless the claims are all related to the same incident or issue.

In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00. If you are unable to pay the filing fee for this action, you may petition the court to proceed as an indigent. An Application to Proceed *In Forma Pauperis* is included in this packet.

Mail the original complaint and the filing fee of $150.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U. S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

Rev. 2/98