FILED
2005 Apr-22  AM 08:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
2005 MAY -5  A 10: 08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSIE PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:05-cv-00660-HGD |
| | ) |
| DAVID McNAIR, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED and DECREED that the above styled action be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff.

DONE this 21st day of April, 2005.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE



TRUE COPY:
By: _____