| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Toni McCary_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Toni McCary   C. Date of Delivery: 5-12-05 |
| 1. Article Addressed to:<br>Officer Kyle<br>Tallapoosa Co Jail<br>316 Industrial Pk<br>Dadeville AL 36853 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>3:05 cv 418 P+Off<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 4584 5982 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540