| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Toni McCory*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Toni McCory  C. Date of Delivery: 5-12-05 |
| 1. Article Addressed to:<br>David McNair,<br>Jail Administrator<br>Tallapoosa Co. Jail<br>316 Ind. Park Rd.<br>Dadeville, AL 36853 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>3:05 CV418<br>Pro Ord TCM<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 4584 6064 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540