# Exhibit A
# Arrest, Booking, and Court Documents for Jessie W. Pearson

*Tel ( ) No Ins Openpose Falseid Rocked Log* *Exc tohed Tag*

# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

*10,000*
*500*
*500*
*500*
*500*
*500*
*500 Total    Log #31*    *C-6*    *Shoes on Floor*

Inmates Name: **Pearson, Jessie Walter**    Name ID: **43542**    Date In: **3-23-04**

Booking Number: **04-000430**    Time In: **16:05**    Shift: **B-1**

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

✓ 3. Finger printing. Livescan.

✓ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

*18,000*
*13,000*
*Total 31,000*

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments:
*Bond - NWNIX 18 = $18,000 ᵉᵉ Plus $13,000 ᵉᵉ Total / other*

____ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

✓ 9. Any cash inmate request to be transferred to commissary account has been accounted for and placed in appropriate location.

✓ 10. NCIC Check completed:

____ ✓ No wants or warrants

____ Wanted for: _____

by: *Peters*

*U. Hill*    *3-22-04    17:05*

Booking Officer's Signature    Date/Time Booking Completed

_____

Supervisor Reviewed

*Supervisor must review all bookings prior to filing record.

**CORRECTIONS**

# Inmate Personal Property Check-In

Inmate Name:   PEARSON, JESSIE WALTER

ID: 03-9743    SSN:        DLN: I357237    DOB: 07/23/1952

*Printed On 03/22/2004*

Book In Date: 03/22/2004    Reference#: 04-0300    Warrant#:

Personal Property Items:
   Cigs/Lighter   Ring(s)

Other Items:  $3.00

Personal Property Notes:


Currency: $2.00    Coins: $1.00    Checks:        Total Money: $ 3
Notes On Cash:


--Vehicle Not Impounded--
Where Impounded:
Vehicle Type:            Make:
Model:                Vehicle Year:
Lic Number:            Lic State:

Vehicle Condition/Notes:
   N/A



Check In:

Signature_____    Date_____

Check Out:

Signature_____    Date_____




Jailer/Booking Officer_____    Date 3-23-0☒

**Alexander City Police Dept**
*P O Box 943 Alexander City, AL 35011*
*(256) 234-3421*

### PEARSON, JESSIE WALTER

| | |
|---|---|
| Gang | |
| ID # | 03-9743 |
| SSN | |
| DLN | I357237 |
| DOB | 07/23/1952 |
| Gender | M |
| Height | 511 |
| Weight | 150 |
| Race | AFRO-AMERICAN |
| Eyes | BROWN |
| Hair | BLACK |
| Martl St | SINGLE |
| NOK Rel | AUNT/UNCLE |



| Address | PlaceOfBirth |
|---|---|
| RT 7 BOX 48 ROBINSON RD ALEXANDER CITY AL 35010 | TALLAPOOSA CO |

| Occupation | Employer | WorkAddress |
|---|---|---|
| UNEMPLOYED | N/A | N/A |

| NextOfKin | NOKAddress | EducationLevel |
|---|---|---|
| ANNIE PEARL PEARSON | 808 SOUTH HASTEAD CHICAGO | 12TH |

| Phone | WorkPhone | NOKPhone |
|---|---|---|
| 256-234-2795 | N/A | 773-651-9163 |

| DL St | SID# | FBI# |
|---|---|---|
| AL | 01442714 | 186379H |

| SMT |
|---|
| |

| Notes |
|---|
| |

| Date | Case# | Chg# | Arr# | Cnt | Charge |
|---|---|---|---|---|---|
| 03/22/2004 | 040301766 | | | | OPEN POSSESSION OF ALCOHOL 806/SEC. 6.1 |
| 03/22/2004 | 040301766 | | | | GIVING FALSE INFO. TO LAW ENFORCEMENT 13A-9-18.1 |
| 03/22/2004 | 040301766 | | | | DRIVING UNDER THE INFLUENCE 32-5A-191 |
| 07/24/2003 | | | | | COURT DISPOSITION / 60 DAYS |

PEARSON, JESSIE WALTER

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | EYES |
|---------|--------------------------|---------------|-----|------|--------|--------|------|
| 186379H | 01442714 | 07/23/52 | M | B | 511 | 150 | BRN BL |

FORM UTC-1
REV. 3/97

COURT CASE NO.

## ALABAMA UNIFORM TRAFFIC
## TICKET AND COMPLAINT

| ALABAMA, COUNTY OF | Tallapoosa | CO. 62 | CITY 1 | TICKET NUMBER | M 6028862 | YEAR | NUMBER |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

| Month | Day | Year | At Approx. | Time | ☐ AM ☐ PM ☐ MT |
| 10 | 22 | 04 | | 13 39 | |

**TYPE VEHICLE**
☐ Commercial
☐ Haz-Mat Involved
☐ Other ___
☑ Private

First Name: Jessie    Middle/Maiden: Walter    Last: Pearson

Address: Rt. 7    Street: Box 48

City: Alex City    State: AL    Zip Code: 35010

| State | Driver's License Number F 118020 | | Class of License |
| Sex M | Race B | DOB M 7 D 23 Y 52 | Social Security Number | Drivers License in Possession ☐ Yes ☑ No |
| Hgt. 511 | Wgt. 150 | Eyes BRO | Hair BK | Vehicle Tag Number 59D6975 | State AL | Year 04 |

Vehicle Description: Gry Mazda Truck

Owner of Vehicle ☑ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place,

at or near South Rd. (2) , within the ☑ city limits or ☐ police jurisdiction

of Alex City , or ☐ within ___ County, at or near the following location

___ in violation of ☐ Section ___ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. 806 , duly adopted and in force at the time the offense

was committed, (if applicable) ☑ adopting Section 32-5A-191-A2 Code 1975, more particularly described below:

**CHECK THE APPROPRIATE BLOCK:**

| | | UCR Code | KM No. | Street/Road Code |

1 ☐ Speeding ___ MPH ___ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License

**DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:**
4 ☐ There was a .08% or More By Weight of Alcohol in His/Her Blood
4 ☑ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) ___
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) ___
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

☐ Other Violation (Specify) (FELONY)

**FACTS RELATING TO THE OFFENSE:**
(Witnesses, etc)
☑ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Staggering, Slurred Speech, Failed HGN, OLS, WAT, PBT .15%

Complainant's Signature: Arvie Hodge    Officer ID. 288    Agency ORI AL 0620100

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate    | M | D | Y |

☑ Municipal ☐ District Court    **COURT APPEARANCE INFORMATION**    Alex City    Phone ( ) 329-6750

| Court Appearance Date M 04 D 15 Y 04 | Time 1:00 ☐ AM ☑ PM | Court Address Alex city |

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X ___    Phone ( )

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

## COMPLAINT AND AFFIDAVIT

INSTRUCTION TO OFFICER:    **PRESS FIRMLY.**    ASK IF MOTORIST'S ADDRESS IS CORRECT ON DRIVER'S LICENSE

ALABAMA UNIFORM ARREST REPORT

OFFICER'S K PRODUCT MAY NOT BE PUBLIC INFORMATION

|  | Yes | No |
|---|---|---|
|  | No | No |

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE | 4 SFX |
|---|---|---|---|
| 0 6 2 0 1 0 0 | Alexander City Police Department | 0 4 0 3 0 1 7 6 6 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Pearson, Jessie Walter | Sam, Samuel |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | 1 SCARS | 2 MARKS | 3 TATTOOS | 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒1 W ☐3 A ☐2 B ☐4 I | 511 | 150 | Bro | Blk | | | | | | |

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) | 15 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID |
|---|---|---|---|---|
| Tallapoosa, Co. Al. | 6 07 23 52 51 | 51 | | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| 24 FBI # | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS F118020 | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | Rt. 7 Box 48 Alexander City, Al. 35010 | 256 2342795 | Unemployed |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION | ☒ YES ☐ NO |
|---|---|---|---|
| South Road & Hwy 280 Alexander City, Al. 35010 | 2 | ☐ IN STATE ☐ OUT STATE AGENCY | |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☒ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | ☐ Y ☒ N | ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARMED BEFORE? |
|---|---|---|---|---|
| 0 3 2 0 2 0 4 1339 | ☐ AM ☐ PM ☒3. MIL | S M T ☒W T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☐ FEL ☒ MISD | 47 UCR CODE | | 48 CHARGE—2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|---|
| No Insurance | | Switched Tag | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 35-7A-4 /806 | | | 40-12-260/806 | | |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 89 | Mazda | B2200 | 2D | Gry | 59D697S | Al | 04 |

| 78 VIN | 79 IMPOUNDED? | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| J M 2 4 F 3 1 3 9 K 0 7 0 5 0 4 7 | ☒ YES ☐ NO | Bice Chevrolet |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| Video tape # 49 | |

## JUVENILE

| 82 JUVENILE DISPOSITION | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐ AM ☐ PM ☐3. MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M) | 112 ID# | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| Hodge, M | 253 | | | | |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | ☐ 1 INCIDENT  ☒ 2 OFFENSE | 2 CASE # | |
|---|---|---|---|---|
| - - | - - | ☐ 3 SUPPLEMENT | 0 4 0 3 0 1 7 6 6 | 3 SEX |

| 4 ORI | 5 DATE AND TIME OF THIS REPORT | ☐ AM ☐ PM ☒ MIL | 6 AGENCY NAME | 7 * IF SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|---|
| 0 6 2 0 1 0 0 | 0 3 2 2 0 4  14:20 | | Alexander City Police Department | M D Y |

| 8 REPORTED BY ☐ VICTIM OR | 9 ADDRESS ( STREET, CITY, STATE, ZIP) | 10 PHONE |
|---|---|---|
| Mario Hodge | 1 Court Square Alexander City, Al 35010 | ( 256 ) 329-6750 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 1P ☐ 2B ☒ | 13 ADDRESS ( STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|---|
| City Of Alexander City | | 1 Court Square Alexander City, Al 35010 | ( 256 ) 329-6750 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| | | | ( ) |

| | 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE W ☐ B ☐ | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL. ☐ MISD | 31 DEGREE (CIRCLE) | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Driving Under The Influence (Felony) | 1 2 3 | | 32-5A-191(A2) /806 |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD | 35 DEGREE | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| | 1 2 3 | | |

| 38 PLACE OFF OCCURRENCE | 39 SECTOR |
|---|---|
| South Road Alexander City, Al. 35010 | 2 |

| 40 POINT OF ENTRY | ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|---|

| 44 OCCURRED ON OR BETWEEN | 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|---|
| 0 3 2 2 0 4  13:20 ☐AM ☐PM ☒MIL | | ☒ | ☒ 1- NATURAL ☐ 2- MOON ☐ 3- ART. EXT. ☐ 4- ART. INT. ☐ 5- UNK. | ☒ 1 - CLEAR ☐ 2 - CLOUDY ☐ 3 - RAIN ☐ 4 - FOG ☐ 5 - SNOW ☐ 6 - HAIL ☐ 7 - UNK. | ☒ A -HWY - ST - ALLEY B - RAILROAD C - RESIDENCE D - CHURCH E - SCHOOL F - CONVENIENCE G - INDUSTRIAL H - SERVICE STA. | I- BANK J - DRUG STORE K - ART/TWN. HSE. L - SHOPPING CENTER M - PARKING LOT N - OTHER COMMER. O - OTHER |
| 0 3 2 2 0 4  13:39 ☐AM ☐PM ☒MIL | 52 TIME | 53 ☐ | | | | |

| 54 VERIFY FOR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | CODE |
|---|---|---|---|
| | | LOCATION: RAPE | |

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|

## DESCRIPTION / PROPERTY / VALUE

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | Video tape # 49 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | ☐ CONTINUED IN NARRATIVE | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

## VEHICLES

| 75 CHECK CATEGORIES | ☐ STOLEN | ☐ RECOVERED | ☒ SUSPECTS VEH. | ☐ VICTIMS VEH. | ☐ UNAUTH USE | ☐ ABANDONED |
|---|---|---|---|---|---|---|

| 76 #STOLEN | 77 LIC. | 78 LIS | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|
| | 59D697S | Al | 04 | | J M 2 4 F 3 1 3 9 K 0 7 0 5 0 4 7 |

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| 89 | Mazd | B220 | 2D | TOP: BOTTOM: Gry | |

| STOLEN MTR. VEH. ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY | TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED YES ☐ # |
|---|---|---|---|---|

| 21 AUTO INSURER NAME (COMPANY). ADDRESS (STREET, CITY, STATE, ZIP) | | 82 PHONE ( ) |
|---|---|---|

| MOTOR VEH.RECOVERY ONLY,REQUIRED FOR XXX UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO ☐ WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK                    ACJIC—32 REV. 6-94

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☒ Yes | ☒ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 1 0 0 | Alexander City Police Department | 0 4 0 3 0 1 7 6 6 | |

5 LAST, FIRST, MIDDLE NAME
Pearson, Jessie Walter

6 ALIAS AKA
Sam, Samuel

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | |
|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ 1 W ☒ 2 B ☐ 3 A ☐ 4 I | 511 | 150 | Bro | Blk | | | ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS |

15 PLACE OF BIRTH (CITY, COUNTY, STATE)
Tallapoosa, Co. Al.

16 SSN

| 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|
| 0 7 2 3 5 2 | 51 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS / NCIC CLASS | | | | | | | | |

25 IDENTIFICATION COMMENTS
F118020

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) Rt. 7 Box 48 Alexander City, Al. 35010 | 28 RESIDENCE PHONE .256 2342795 | 29 OCCUPATION (BE SPECIFIC) Unemployed |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) South Road & Hwy 280 Alexander City, Al. 35010 | 34 SECTOR 2 | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE ☐ OUT STATE AGENCY | ☒ YES ☐ NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☒ DRINKING | ☐ SOBER ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 Injuries? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|---|
| 0 3 2 0 2 0 4 | 1339 | ☐ 1 AM ☒ 2 PM ☐ 3 MIL | S M T W T F S | ☐ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☒ FEL ☐ MISD Driving Under The Influence (Felony) | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☒ MISD Giving False Information to Law Enforcement | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 32-5A-191(A2) /806 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE 13A-10-9 /806 | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☒ MISD Open Possession of Alcohol | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☒ MISD Revoked License | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE 32-5A-330 /806 | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE 32-6-19 /806 | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## vehicle

| 70 VYR 89 | 71 VMA Mazda | 72 VMO B2200 | 73 VST 2D | 74 VCO TOP BOTTOM Gry | 75 TAG # 59D697S | 76 LIS Al | 77 LIY 04 |
|---|---|---|---|---|---|---|---|

| 71 VIN J M 2 4 F 3 1 3 9 K 0 7 0 5 0 4 7 | 78 IMPOUNDED? ☒ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # Bice Chevrolet |
|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED
Video tape # 49

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE | 83 RELEASED TO |
|---|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | | |
|---|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|---|
| | | | 90 PHONE ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y ☐ 1. AM ☐ 1. PM ☐ 3. MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | |
|---|---|---|---|
| 95 RELEASED TO | 95 AGENCY/DIVISION | 97 AGENCY ADDRESS | 94 ID # |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | | 100 PROPERTY |
|---|---|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 108 SFX | 110 ADDITIONAL CASES CLOSED ☐ ☐ |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Hodge, M | 112 ID# 253 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

W A R R A N T

STATE OF ALABAMA        ALEX CITY COUNTY              DISTRICT COURT

AGENCY NUMBER:
                              WARRANT NUMBER: WR 2004 000162.00
                              OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    JESSIE WALTER PEARSON   AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF ALEX CITY COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
              GIVING FALSE NAME TO  CLASS: A  TYPE: M  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 24 DAY OF MARCH, 2004.

BOND SET AT: (1) _____  BOND TYPE:
             (2) _____
             (3) _____

JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

---

CHARGES: GIVING FALSE NAME TO  13A-009-018.1        M MISDEMEANOR

NAME: JESSIE WALTER PEARSON              ALIAS:
ADDRESS: RT 7 BOX 48                     ALIAS:
ADDRESS:
CITY: ALEXANDER CITY      STATE: AL      ZIP: 35010 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 07/23/1952    RACE: B     SEX: M    HAIR: BLK
EYE: BRO  HEIGHT: 5'11"   WEIGHT: 150
SID: 000000000  SSN:           DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

(X)  PLACING DEFENDANT IN THE ALEX CITY COUNTY JAIL

( )  RELEASING DEFENDANT ON APPEARANCE BOND

Jessie Pearson

THIS _24th_ DAY OF _March  2004_

                    SHERIFF Jeremy Abbott CCF

                    BY Billy K. Stewart

---

COMPLAINANT:  MARIO HODGE
              ACPD
              ALEXANDER CITY  AL  35010

OPERATOR: SAW      DATE: 03/24/2004

# ALABAMA UNIFORM ARREST RE

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | TALLAPOOSA COUNTY SHERIFF'S DEPARTMENT | 0 4 0 3 0 0 2 9 0 | |

**5 LAST, FIRST, MIDDLE NAME**
PEARSON JESSIE WALTER

**6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒M | ☒1 W ☐3 A | 511 | 150 | BRO | BLK | BRO | | ☐1 SCARS | ☐2 MARKS | ☐3 TATTOOS | ☐4 AMPUTATIONS |
| ☐F | ☒2 B ☐4 I | | | | | | | | | | |

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)**
TALLAPOOSA CO. ALABAMA

| 16 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| | 0 7 2 3 5 2 | 51 | |

| 20 SID | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | | 25 IDENTIFICATION COMMENTS |
| | NCIC CLASS | | | | | | | | F118020 |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) RT. 7 BOX 48 ALEXANDER CITY, AL 35010 | 28 RESIDENCE PHONE 256, 2342795 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) UNEMPLOYED | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) TALLAPOOSA CO, JAIL | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ IN STATE ☒ YES ☐ NO ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 Injuries? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST 0 3 2 4 0 4 | 42 TIME OF ARREST 1640 ☐1. AM ☒3. MIL ☐1. PM | 43 DAY OF ARREST S M T ☒W T F S | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☒ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☐ FEL ☒ MISD | 47 UCR CODE 4304 |
|---|---|

**GIVING FALSE NAME TO LAW ENFORCEMENT**

| 48 CHARGE—2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-9-18.1 | 51 WARRANT # WR 2004000162.00 | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE 0 3 2 4 0 4 | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | | | 79 IMPOUNDED? ☐YES☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT. | 100 PROPERTY |
|---|---|---|

| | LOCAL USE |
|---|---|
| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M ) STEWART, BILLY K. | 112 ID# 061 | 113 ARRESTING OFFICER (LAST, FIRST, M ) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

AC-IIC   34 REV. 10-90

ALABAMA UNIFORM ARREST ...

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATI

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 0 0 0 | TALLAPOOSA COUNTY SHERIFF'S DEPARTMENT | 0 4 0 4 0 0 1 8 3 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| PEARSON, JESSIE WALTER | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒M | ☐1 W ☐3 A | 511 | 150 | BRO | BLK | BRO | | ☐ 1 SCARS | ☐ 2 MARKS | ☐ 3 TATTOOS | ☐ 4 AMPUTATIONS |
| ☐F | ☒2 B ☐4 I | | | | | | | | | | |

| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) | 15 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| TALLAPOOSA COUNTY, AL | | 0 7 2 3 5 2 | 51 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| | NCIC CLASS | | | | | | | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | RT. 7 BOX 48 ALEXANDER CITY, AL 35010 | 256, 234-2795 | N/A |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS ( STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|
| UNEMPLOYED | N/A | N/A, |

## ARREST

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION |
|---|---|---|
| TALLAPOOSA COUNTY JAIL | | ☒ IN STATE ☒ YES ☐ NO ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 Injuries? ☐ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 4 1 5 0 4 | 2326 ☐1. AM ☐2. PM ☒3. MIL | S M T W X F S | ☒ ON VIEW ☐ ALL WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| NWNI | 2606 | NWNI | 2606 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-9-13.1 | 2003-938 | 1 0 0 2 0 3 | 13A-9-13.1 | 2003-939 | 1 0 0 2 0 3 |

| 56 CHARGE-3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|
| NWNI | 2606 | NWNI | 2606 |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-9-13.1 | 2003-940 | 1 0 0 2 0 3 | 13A-9-13.1 | 2003-941 | 1 0 0 2 0 3 |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## Vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 71 VIN | | | | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| |

## JUVENILE

| 82 JUVENILE | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | ☐ CONTINUED IN NARRATIVE 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y | ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED |
|---|---|---|---|---|---|---|---|
| | 0 4 0 4 0 0 1 8 3 | A | 0 4 0 4 0 0 1 8 3 | B | 0 4 0 4 0 0 1 8 3 | C | |

| 111 ARRESTING OFFICER (LAST, FIRST, M ) | 112 ID# | 113 ARRESTING OFFICER (LAST, FIRST, M ) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| ARRINGTON, RAY E. | 055 | ARGO, BEVERLY | 059 | | |

TYPE OR PRINT IN BLACK INK ONLY

AC-110   34 REV. 10-90

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 0 4 1 5 0 4  2326 | OFFIC     RK PRODUCT MAY NOT BE PUBLIC INFORMATIO<br>☐ A.M ☐ P.M ☒ MIL 118 CASE # 0 4 0 4 0 0 1 8 3  119 SFX I |

**120 ADDITIONAL ARREST INFORMATION**

ON THURSDAY APRIL 15, 2004 JESSIE W. PEARSON WAS ARRESTED AT THE TALLAPOOSA COUNTY JAIL FOR 18 WARRANTS FOR NWNI.

ADDITIONAL CHARGES:

5) NWNI       2606
   13A-9-13.1 2003-942  10/02/03
   CASE# 040400183D

6) NWNI       2606
   13A-9-13.1  2003-943  10/02/03
   CASE #040400183E

7) NWNI       2606
   13-A-9-13.1 2003-944 10/2/3
   CASE #040400183F

8) NWNI       2606
   13A-9-13.1 2003-945  10/02/03
   CASE #040400183G

9) NWNI       2606
   13A-9-13.1   2003-946  10/02/03
   CASE #040400183H

10) NWNI       2606
    13A-9-13.1 2003-947 10/02/03
    CASE #040400183I

11) NWNI       2606
    13A-9-13.1  2003-948  10/02/03
    CASE #040400183J

12) NWNI       2606
    13A-9-13.1  2003-949  10/02/03
    CASE #040400183K

13) NWNI       2606
    13A-9-13.1  2003-950  10/2/03
    CASE #040400183L

14) NWNI    2606
    13A-9-13.1   2003-951  10/02/03
    CASE #040400183M

15) NWNI       2606
    13A-9-13.1   2003-952    10/02/03
    CASE #040400183N

16) NWNI       2606
    13A-9-13.1  2003-1042 09/18/03
    CASE #040400183O

17) NWNI       2606
    13A-9-13.1    2003-1043   09/18/03
    CASE #040400183P

18) NWNI       2606
    13A-9-13.1    2003-1044  09/18/03
    CASE #040400183Q

NARRATIVE

# State of Alabama

## THE DISTRICT COUR

✓ Alexander City    ___ Dadeville    CASE NO.

### TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared BOBBY CRENSHAW, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated May 15, 2003 payable to WILLIAMSON OIL CO., INC. in the amount of $19. 13 for value or thing of value, to wit: GAS & GROCERY with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the 18th day of September, 2003

_Bobby Crnsl_

_Carolyn Powell_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

## THE DISTRICT COURT

### TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the 18th day of September, 2003

_Carolyn Powell_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

_ACW-04 264_

_____
Judge Clerk Magistrate

---

WARRANT NO. 2003-1042

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**

Negotiating Worthless Negotiable Instrument
THE STATE
VS.

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 *or 115 Born St.*

| | |
|---|---|
| Race B | Sex M |
| DOB JUL 23, 1952 | DL No. 357237 AL |
| S. S. Number | |
| Employment *Madix* | |

### STATE WITNESSES

BOBBY CRENSHAW
WILLIAMSON OIL CO., INC.
DISCOUNT FOOD MART #177
1590 HWY 22 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 152
Service Charge: 30.00

---

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

_Jimmy Abbett_    Sheriff

By _Beverly Argo_    Deputy Sheriff

_Released 4/15/04_

# State of Alabama

## THE DISTRICT COURT

✓ Alexander City    __ Dadeville    CASE NO.

### TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared BOBBY CRENSHAW, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated May 14, 2003 payable to WILLIAMSON OIL CO., INC. in the amount of $11.77 for value or thing of value, to wit: GAS & GROCERY with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the 18th day of September, 2003

*Bobby Crenshaw*

*Carolyn Powell*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

## THE DISTRICT COURT

### TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the 18th day of September, 2003

*Carolyn Powell*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW.04  265

_____
Judge Clerk Magistrate

---

WARRANT NO. 2003-1043

**Warrant of Arrest**
## THE DISTRICT COURT OF
## TALLAPOOSA COUNTY, ALABAMA

Negotiating Worthless Negotiable Instrument
THE STATE
VS.

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 or 115 Born St.

Race B           Sex M
DOB JUL 23, 1952    DL No. 357237  AL
S. S. Number
Employment  - Madix
#256-234-9890

### STATE WITNESSES

BOBBY CRENSHAW
WILLIAMSON OIL CO., INC.
DISCOUNT FOOD MART #177
1590 HWY 22 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 147
Service Charge: 30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

*Jimmy Abbett*  Sheriff

By *Beverly Argo*
Deputy Sheriff

Released 4/15/04

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY          ✓ Alexander City  ___ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared BOBBY CRENSHAW, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated May 15, 2003 payable to WILLIAMSON OIL CO., INC. in the amount of $14.63 for value or thing of value, to wit:  GAS & GROCERY with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the 18th day of September, 2003

_Bobby Cren___

_Carolyn Powell___
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the 18th day of September, 2003

_Carolyn Powell___
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

_Acw-04 266_

_____
Judge Clerk Magistrate

---

| WARRANT NO.  2003-1044 | STATE WITNESSES | |
|---|---|---|
| **Warrant of Arrest** | BOBBY CRENSHAW | Acct No:  35071140 |
| **THE DISTRICT COURT OF** | WILLIAMSON OIL CO., INC. | Check No:  151 |
| **TALLAPOOSA COUNTY, ALABAMA** | DISCOUNT FOOD MART #177 | Service Charge:  30.00 |
| | 1590 HWY 22 WEST | |
| Negotiating Worthless Negotiable Instrument | ALEXANDER CITY, AL  35010 | |

THE STATE

VS.

_____
Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD  Committing Defendant to Jail
ALEXANDER CITY, AL  35010  _or 115 Born St_

This _15th_ day of _April_, _2004_

Race B          Sex M

DOB JUL 23, 1952    DL No. 357237 AL

_Jimmy Abbett_  Sheriff

S. S. Number

By _Beverly Argo_  Deputy Sheriff

Employment _Madix_

_#256-234-9890_

_Released_
_4/15/04_

# State of Alabama

## THE DISTRICT COURT

TALLAPOOSA COUNTY    ✗ Alexander City    ___ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $25.99 for value or thing of value, to wit: MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd    october

Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

## THE DISTRICT COURT

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd    october

Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

Acw. 04 267

_____
Judge Clerk Magistrate

---

WARRANT NO. 2003-938

**Warrant of Arrest**
**THE DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010   115 Born St. or

Race B
DOB JUL 23, 1952     Sex M
S. S. Number       DL No. 357237 AL
Employment ✱ Madix ✱
#256-234-9890

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 104
Service Charge: 30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

Jimmy Abbett    Sheriff

By Beverly Argo

Released 4/15/04

Deputy Sheriff

# State of Alabama

**THE DISTRICT COUR**

## TALLAPOOSA COUNTY

☒ Alexander City    ☐ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 2, 2003 payable to WAL-MART STORE in the amount of $26.98 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd  October

*Fred Kana*

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

## TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:
        Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.
Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd    October

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW· 04  268

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-939

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL  35010  or  115 Born St.

Race B
DOB JUL 23, 1952

Sex M
DL No. 357237  AL

S. S. Number
Employment  Madix

# 256-234-9890

### STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  126
Service Charge:  30.00

---

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

*Jimmy Abbett*   Sheriff

By *Beverly Argo*
                          Deputy Sheriff

*Released*
4/15/04

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY    ☒ Alexander City    ☐ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated March 2, 2003 payable to WAL-MART STORE in the amount of $21.17 for value or thing of value, to wit: MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd          October

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd          October

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW-04 269

_____
Judge Clerk Magistrate

---

WARRANT NO. 2003-940

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE
VS.

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010

Race B
DOB JUL 23, 1952          Sex M
                          DL No. 357237 AL
S. S. Number
Employment    Madix
#256-234-9890

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 127
Service Charge: 30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

_Jimmy Abbett_    Sheriff

By _Beverly Price_
                          Deputy Sheriff

Released
4/15/04

State of Alabama

THE DISTRICT COURT

[X] Alexander City     [ ] Dadeville     CASE NO.

TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 2, 2003 payable to WAL-MART STORE in the amount of $24.19 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the 11th day of September, 2003
2nd     October

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

State of Alabama

THE DISTRICT COURT

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the 11th day of September, 2003
2nd     October

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW·04 270

_____
Judge Clerk Magistrate

| | |
|---|---|
| WARRANT NO.  2003-941 | STATE WITNESSES |

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  128
Service Charge:  30.00

THE STATE

VS.

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL  35010   115 Born St. or

Committing Defendant to Jail

This 15th day of April, 2004

Race B          Sex M
DOB JUL 23, 1952     DL No. 357237  AL
S. S. Number
Employment  Madix
#256-234-9890

_Jimmy Abbett_  Sheriff

By _Beverly Argo_  Deputy Sheriff

Released
4/15/04

State of Alabama

THE DISTRICT COURT

TALLAPOOSA COUNTY     X Alexander City     __ Dadeville     CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 3, 2003 payable to WAL-MART STORE in the amount of $21.17 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
2nd     October

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

State of Alabama

THE DISTRICT COURT

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
2nd     October

_Vickie S. Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW. 04   271

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-942
**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument
THE STATE
VS.

JESSE W. PEARSON

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL 35010

Acct No:  35071140
Check No:  130
Service Charge:  30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 or 115 Born St.

This 15th day of April, 2004

Race B          Sex M
DOB JUL 23, 1952     DL No. 357237 AL
S. S. Number
Employment   Madix
#256-234-9890

_Jimmy Abbett_     Sheriff

By _Beverly Argo_     Deputy Sheriff

Released
4/15/04

State of Alabama    THE DISTRICT COURT

TALLAPOOSA COUNTY    ☒ Alexander City    ☐ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 4, 2003 payable to WAL-MART STORE in the amount of $25.59 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September, 2003~~
2nd    October

*Fred Kana*

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama    THE DISTRICT COURT

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:
    Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON  thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.
Sworn to and subscribed before me this the ~~11th~~ day of ~~September, 2003~~
2nd    October

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

Acw.04    272

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-943
**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  135
Service Charge:  30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD  Committing Defendant to Jail
ALEXANDER CITY, AL  35010 or 115 Barn St.

Race B
DOB JUL 23, 1952
S. S. Number
Employment    Madix
#256-234-9890

Sex M
DL No. 357237  AL

This 15th day of April, 2004

*Jimmy Abbett*    Sheriff

By *Beverly Argo*
                    Deputy Sheriff
*Released*
4/15/04

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY    ☐ Alexander City    ☐ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated March 4, 2003 payable to WAL-MART STORE in the amount of $21.17 for value or thing of value, to wit: MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
2nd    October

_____
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of September, ~~2003~~
2nd    October

_____
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

A cw-04 273

_____
Judge Clerk Magistrate

---

WARRANT NO. 2003-944

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 136
Service Charge: 30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 or 115 Born St.

Committing Defendant to Jail

This 15th day of April, 2004

| | |
|---|---|
| Race B | Sex M |
| DOB JUL 23, 1952 | DL No. 357237 AL |

S. S. Number
Employment    Madix
#256-234-9890

_____ Sheriff

By _____
Deputy Sheriff

Released
4/15/04

State of Alabama

**THE DISTRICT COURT**

[X] Alexander City    [ ] Dadeville    CASE NO. _____

TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $25.81 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ 2nd day of ~~September~~ October, 2003

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

### TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ 2nd day of ~~September~~ October, 2003

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

_ACW-04 274_

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-945

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

_____
JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 _or 115 Born St._

| | |
|---|---|
| Race B | Sex M |
| DOB JUL 23, 1952 | DL No. 357237  AL |

S. S. Number
Employment _Madix_
_# 256-234-9890_

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  103
Service Charge:  30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This _15th_ day of _April_ , _204_

_Jimmy Abbett_ Sheriff

By _Ray Arrington_
Deputy Sheriff

_Released 4/15/04_

**THE DISTRICT COURT**

# State of Alabama

[X] Alexander City ___ Dadeville    CASE NO.

## TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 2, 2003 payable to WAL-MART STORE in the amount of $21.17 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ 2nd day of ~~September~~ october, 2003

_Fred Kana_

_Vickie Eastward_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

## TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ 2nd day ~~of September~~ october, 2003

_Vickie Eastward_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

Acw-04 275

Judge Clerk Magistrate

---

| | STATE WITNESSES | |
|---|---|---|
| WARRANT NO.  2003-946 | FRED KANA | Acct No:  35071140 |
| **Warrant of Arrest** | WAL-MART STORE | Check No:  121 |
| **THE DISTRICT COURT OF** | 2643 HWY. 280 WEST | Service Charge:  30.00 |
| **TALLAPOOSA COUNTY, ALABAMA** | ALEXANDER CITY, AL  35010 | |

Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL  35010 *or* 115 Born St.

Race B    Sex M
DOB JUL 23, 1952    DL No. 357237  AL

S. S. Number

Employment   _Madix_
#256-234-9890

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

_Jimmy Abbett_ Sheriff

By _Kay Arrington_ Deputy Sheriff

Release 4/15/04

State of Alabama
THE DISTRICT COURT

[X] Alexander City    [ ] Dadeville    CASE NO.

TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated March 2, 2003 payable to WAL-MART STORE in the amount of $30.24 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd  October

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON  thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd  October

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW-04 276

Judge Clerk Magistrate

---

| | |
|---|---|
| WARRANT NO.  2003-947 | STATE WITNESSES |

**Warrant of Arrest**
**THE DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  120
Service Charge:  30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL  35010 or 115 Bornot

Committing Defendant to Jail

This 15th day of April, 2004

Race B        Sex M
DOB JUL 23, 1952    DL No. 357237  AL
S. S. Number
Employment  Madix
#256-234-9890

_Jimmy Abbett_    Sheriff
By _Kay Arrington_
Deputy Sheriff

Released
4/15/04

# State of Alabama

**THE DISTRICT COURT**

X Alexander City    ___ Dadeville    CASE NO.

## TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $21.17 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ 2nd day of ~~September~~ Oct, 2003

*Fred Kana*

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

## TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ 2nd day of ~~September~~ Oct, 2003

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

*A CW-04 277*

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-948

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL  35010 *or 115 Born St*

Race B      Sex M
DOB JUL 23, 1952      DL No. 357237 AL
S. S. Number _____
Employment *Madix*
*#256-234-9890*

**STATE WITNESSES**

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  106
Service Charge:  30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April 2004

*Jimmy Abbett* Sheriff

By *Ray Covington* _____
Deputy Sheriff

*Released 4/15/04*

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY    ☑ Alexander City    __ Dadeville    CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $22.99 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
        2nd        October

_Fred Kana_

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:
        Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.
Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
        2nd        October

_Vickie Eastwood_
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

_A CW-04 228_

_____
Judge Clerk Magistrate

---

WARRANT NO.  2003-949

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

_____
JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010   or 115 Born St

| | |
|---|---|
| Race B | Sex M |
| DOB JUL 23, 1952 | DL No. 357237  AL |

S. S. Number
Employment   Madix
        #256-234-9890

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  107
Service Charge:  30.00

---

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April , 2004

_Jimmy Abbett_ Sheriff

By _Kay Carrington_
        Deputy Sheriff

_Release_
4/15/04

# State of Alabama

THE DISTRICT COURT

X Alexander City ___ Dadeville    CASE NO.

TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $22.99 for value or thing of value, to wit: MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd     October

_____
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

THE DISTRICT COURT

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd     October

_____
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW-04 279

_____
Judge  Clerk  Magistrate

---

WARRANT NO. 2003-950

**Warrant of Arrest**
**THE DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010  or 115 Born St.

Race B          Sex M
DOB JUL 23, 1952    DL No. 357237 AL
S. S. Number
Employment  Madix
# 256-234-9890

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL 35010

Acct No: 35071140
Check No: 108
Service Charge: 30.00

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of April, 2004

_____ Sheriff

By _____
Deputy Sheriff

Released
4/15/04

# State of Alabama

## THE DISTRICT COURT

TALLAPOOSA COUNTY        ☒ Alexander City    ☐ Dadeville        CASE NO.

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit:  a check, dated February 28, 2003 payable to WAL-MART STORE in the amount of $30.24 for value or thing of value, to wit:  MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit:  SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
2nd    october

_Fred Kana_

_Vickie Eastwood_

Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama        THE DISTRICT COURT

## TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:
    Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON  thereof.  You are thereof commanded to arrest JESSE W. PEARSON  and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.
Sworn to and subscribed before me this the ~~11th~~ day of ~~September,~~ 2003
2nd    october

_Vickie Eastwood_

Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW-04  280

Judge Clerk Magistrate

---

WARRANT NO.  2003-951

**Warrant of Arrest**
**THE DISTRICT COURT OF**
**TALLAPOOSA COUNTY, ALABAMA**
Negotiating Worthless Negotiable Instrument

THE STATE

VS.

JESSE W. PEARSON

Defendant's Address:  RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010 or 115 Bom St

Race B
DOB JUL 23, 1952        Sex M
                        DL No. 357237  AL
S. S. Number
Employment    Madix
        #256-234-9890

STATE WITNESSES

FRED KANA
WAL-MART STORE
2643 HWY. 280 WEST
ALEXANDER CITY, AL  35010

Acct No:  35071140
Check No:  109
Service Charge:  30.00

Executed the within warrant by arresting the within
named defendant and

Taking Appearance Bond

Committing Defendant to Jail

This 15th day of  April  , 2004

_Jimmy Abbett_    Sheriff

By  _Kay Arrington_

                        Deputy Sheriff

Released
4/15/04

State of Alabama

**THE DISTRICT COURT**

[X] Alexander City    [ ] Dadeville    CASE NO.

TALLAPOOSA COUNTY

Before me the undersigned authority of Warrant Magistrate of The District Court of Tallapoosa County, personally appeared FRED KANA, who being by me first duly sworn deposes and says that he has probable cause for believing, and does believe that within twelve months before making this affidavit JESSE W. PEARSON, alias did negotiate or deliver a worthless negotiable instrument, to wit: a check, dated January 1, 2003 payable to WAL-MART STORE in the amount of $29.03 for value or thing of value, to wit: MERCHANDISE with the intent, knowledge or expectation that such negotiable instrument would not be honored by the drawee, to wit: SOUTHTRUST BANK (AC), ALEXANDER CITY, AL 35010 in violation of 13A-9-13.1 of the Code of Alabama against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd  october

*Fred Kana*

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

# State of Alabama

**THE DISTRICT COURT**

TALLAPOOSA COUNTY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA-GREETINGS:

Complaint on oath having been made before me that the offense of NEGOTIATING WORTHLESS NEGOTIABLE INSTRUMENT has been committed, and accusing JESSE W. PEARSON thereof. You are thereof commanded to arrest JESSE W. PEARSON and bring him before DISTRICT COURT OF TALLAPOOSA COUNTY, ALABAMA.

Sworn to and subscribed before me this the ~~11th~~ day of ~~September~~, 2003
2nd  october

*Vickie Eastwood*
Warrant Magistrate of District Court
Of Tallapoosa County, Alabama

The Sheriff will take bond in the sum of $1000.00

ACW-04 281

_____
Judge Clerk Magistrate

---

| | STATE WITNESSES | |
|---|---|---|
| WARRANT NO. 2003-952 | FRED KANA | Acct No: 35071140 |
| **Warrant of Arrest** | WAL-MART STORE | Check No: 113 |
| **THE DISTRICT COURT OF** | 2643 HWY. 280 WEST | Service Charge: 30.00 |
| **TALLAPOOSA COUNTY, ALABAMA** | ALEXANDER CITY, AL 35010 | |
| Negotiating Worthless Negotiable Instrument | | |

THE STATE

VS.

Executed the within warrant by arresting the within named defendant and

Taking Appearance Bond

JESSE W. PEARSON

Defendant's Address: RT. 7 BOX 48 ROBINSON ROAD
ALEXANDER CITY, AL 35010  *or 115 Born St*

Committing Defendant to Jail
This 15th day of April, 2004

| Race B | Sex M |
| DOB JUL 23, 1952 | DL No. 357237 AL |

*Jimmy Abbott* Sheriff

S. S. Number

By *Ray Arrington*

Employment  *madix*
*#256-234-9890*

Deputy Sheriff

*Released
4/15/04*



# TALLAPOOSA COUNTY JAIL COURT ACTION/ARREST AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _5/3/04_

NAME OF PRISONER: _Jessie Pearson_     NID#: _____

JUDGE: _Taylor_     CASE #: (IF KNOWN) _DC 2004000245-262_

CHARGE(S): _Bad Checks_

_False Name + Felony DUI - Bound to Grand Jury_

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_✓_ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_✓_ 3. BOND SET AT: _20,000 on Felony-DUI , $500-Giving False Name_

_✓_ 4. PURGE AMOUNT SET AT: _$955.43 on Bad Checks_

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_✓_ 9. APPOINTED ATTORNEY: _Lydia Waters_

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_Bring to Court 5/4/04    830 Alex City_

_(Plea Entered →) 12 months Susp. on 24months Probation_

_(BAD Checks only)_

_____     _D. Henderson (signature)_

BOOKING OFFICER     OFFICER COMPLETING FORM

# ALABAMA UNIFORM ARREST R...

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

1 ORI # 0 6 2 0 0 0 0
2 AGENCY NAME: Tallapoosa County Sheriff's Department
3 CASE # 0 4 0 8 0 0 2 9 5
4 SFX

5 LAST, FIRST, MIDDLE NAME: Pearson, Jessie Walter
6 ALIAS AKA: Walter Pearson

7 SEX: ☒M ☐F
8 RACE: ☒1 W ☐3 A ☐2 B ☐4 I
9 HGT: 511
10 WGT: 150
11 EYE: Bro
12 HAIR: Blk
13 SKIN:
14: ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Tallapoosa County AL
15 SSN:
17 DATE OF BIRTH: 0 7 2 3 5 2
18 Age: 52
19 MISCELLANEOUS ID #

20 SID #
21 FINGERPRINT CLASS: KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL
HENRY CLASS
NCIC CLASS
22 DL #
23 ST

24 FBI #
25 IDENTIFICATION COMMENTS

26 ☒ RESIDENT ☐ NON-RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): Rt. 7 Box 48 Alexander City, AL 35010
28 RESIDENCE PHONE: 256, 234-2795
29 OCCUPATION (BE SPECIFIC): Unemployed

30 EMPLOYER (NAME OF COMPANY/SCHOOL): NA
31 BUSINESS ADDRESS (STREET, CITY, STATE): NA
32 BUSINESS PHONE: NA,

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Tallapoosa County Jail
34 SECTOR
35 ARRESTED FOR YOUR JURISDICTION: ☒ IN STATE ☐ OUT STATE AGENCY ☐ YES ☒ NO

36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS
37 RESIST ARREST? ☐ YES ☒ NO
38 Injuries? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE
39 ARMED? ☐ Y ☒ N
40 DESCRIPTION OF WEAPON: ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON

41 DATE OF ARREST: 0 8 2 2 0 4
42 TIME OF ARREST: 1030 ☒ 1 AM ☐ 2 PM ☐ 3. MIL
43 DAY OF ARREST: ☐ M ☒ T ☐ W ☐ T ☐ F ☐ S ☐ S
44 TYPE ARREST: ☒ ON VIEW ☐ CALL ☐ WARRANT
45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN

46 CHARGE—1 ☐ FEL ☒ MISD: GJI Felony DUI
47 UCR CODE: 5404
48 CHARGE—2 ☐ FEL ☒ MISD: GJI Giving False Name to Law Enforcement
49 UCR CODE: 4804

50 STATE CODE/LOCAL ORDINANCE: 32-5A-191.1
51 WARRANT #: GJI #59
52 DATE ISSUED: 0 8 1 7 0 4
53 STATE CODE/LOCAL ORDINANCE: 13A-9-18.1
54 WARRANT #: GJI #60
55 DATE ISSUED: 0 8 1 7 0 4

56 CHARGE—3 ☐ FEL ☐ MISD
57 UCR CODE
58 CHARGE—4 ☐ FEL ☐ MISD
59 UCR CODE

60 STATE CODE/LOCAL ORDINANCE
61 WARRANT #
62 DATE ISSUED: M D Y
63 STATE CODE/LOCAL ORDINANCE
64 WARRANT #
65 DATE ISSUED: M D Y

66 ARREST DISPOSITION: ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)

## VEHICLE

70 VYR
71 VMA
72 VMO
73 VST
74 VCO TOP BOTTOM
75 TAG #
76 LIS
77 LIY

71 VIN
79 IMPOUNDED? ☐ YES ☐ NO
80 STORAGE LOCATION/IMPOUND #

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

## JUVENILE

82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF TO WELFARE AGENCY ☐ REF. TO ADULT COURT ☐ REF. TO JUVENILE COURT ☐ REF TO OTHER POLICE AGENCY
☐ CONTINUED IN NARRATIVE
83 RELEASED TO

84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
83 PHONE ( )

87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
90 PHONE ( )

## RELEASE

91 DATE AND TIME OF RELEASE: M D Y ☐ 1. AM ☐ 3. MIL ☐ 1. PM
92 RELEASING OFFICER NAME
93 AGENCY/DIVISION
94 ID #

95 RELEASED TO
95 AGENCY/DIVISION
97 AGENCY ADDRESS

98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY

102 SIGNATURE OF RECEIVING OFFICER
103 SIGNATURE OF RELEASING OFFICER
LOCAL USE
STATE USE

MULTIPLE CASES CLOSED
104 CASE #
105 SFX
106 CASE #
107 SFX
108 CASE #
109 SFX
110 ADDITIONAL CASES CLOSED ☐ Y ☐ N

111 ARRESTING OFFICER (LAST, FIRST, M): Argo, Beverly
112 ID #: 059
113 ARRESTING OFFICER (LAST, FIRST, M)
114 ID #
115 SUPERVISOR ID #
116 WATCH CMDR ID #

TYPE OR PRINT IN BLACK INK ONLY

AC IIC 34 REV 10 90

INDICTMENT

# THE STATE OF ALABAMA, TALLAPOOSA COUNTY
## FOR THE WEST SIDE OF THE TALLAPOOSA RIVER, AT ALEXANDER CITY

## CIRCUIT COURT, FALL TERM 2004

1.  The Grand Jury of said County charge that before the finding of this Indictment Jessie Walter Pearson, alias Jessie Pearson, alias Walter Pearson, whose true name is otherwise unknown to the Grand Jury, having been previously convicted of three prior Driving Under the Influence violations, did drive or was in actual physical control of a vehicle while under the influence of alcohol, in violation of Section 32-5A-191(a)(2) and Section 32-5A-191(h) of the Code of Alabama, against the peace and dignity of the State of Alabama.

2.  The Grand Jury of said County further charge that before the finding of this Indictment Jessie Walter Pearson, alias Jessie Pearson, whose true name is otherwise unknown to the Grand Jury, did give a false name of Samuel Pearson to a law enforcement officer, to-wit: Officer Mario Hodge of the Alexander City Police Department, with the intent to mislead the officer, in the course of the officer's official duties, in violation of Section 13A-9-18.1 of the Code of Alabama, against the peace and dignity of the State of Alabama.

_District Attorney of the Fifth Judicial Circuit_



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report.  Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _____ 9-13-04 _____

NAME OF PRISONER: _Pearson, Jessie W._     NID#: _43542_

JUDGE: _____ Bryant _____ CASE #: (IF KNOWN) _____

CHARGE(S): _____

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____ I.  **BOUND TO GRAND JURY**

_____ 2.  **BOND REMAINS THE SAME**

_____ 3.  **BOND SET AT:** _____

_____ 4.  **PURGE AMOUNT SET AT:** _____

_____ 5.  **RELEASED TIME SERVED BY ORDER OF JUDGE**

_____ 6.  **RELEASED ON PROBATION BY ORDER OF JUDGE**

_X__ 7.  **CASE CONTINUED; DATE:** _10/30/04_

_____ 8.  **INMATE SENTENCED TO:** _____

_____ 9.  **APPOINTED ATTORNEY:** _____

_____ 10.**COURT ORDERED HOLDS FOR:** _____

**ADDITIONAL REMARKS:**

_Waiver_

_____

_____                    _D. Hawkins_

**BOOKING OFFICER**                              **OFFICER COMPLETING FORM**



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

**DATE:** _9-30-04_

**NAME OF PRISONER:** _Pearson, Jessie_ **NID#:** _____

**JUDGE:** _Bryan_ **CASE #: (IF KNOWN)** _____

**CHARGE(S):** _Felony DUI_

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_Dec 14_
_on orig Bond_

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_X_ 8. INMATE SENTENCED TO: _DOC 5 years Concurrent_

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**

_____

_____

_____

**BOOKING OFFICER**

_Beverly Price_

**OFFICER COMPLETING FORM**



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report.  Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

DATE: _10/15/04_

NAME OF PRISONER: _Pearson Jessie_     NID#: _43542_

JUDGE: _____ CASE #: (IF KNOWN) _____

CHARGE(S): _DUI_

COURT ACTION/REMARKS: CHECK ALL THAT APPLY

_____ 1.  BOUND TO GRAND JURY

_____ 2.  BOND REMAINS THE SAME

_____ 3.  BOND SET AT: _____

_____ 4.  PURGE AMOUNT SET AT: _____

_____ 5.  RELEASED TIME SERVED BY ORDER OF JUDGE

_____ 6.  RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7.  CASE CONTINUED; DATE: _____

_____ 8.  INMATE SENTENCED TO: _____

_____ 9.  APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

ADDITIONAL REMARKS:

_I talked to Nickie at clerk's office she said_
_he could make orig 10,000.00 bond_

_Sgt Cut_

_____          _____
BOOKING OFFICER                   OFFICER COMPLETING FORM

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
AT ALEXANDER CITY, ALABAMA

State of Alabama                          (
                                         )
          v.                             (          Case No. CC 2004-135
                                         )
Jessie Walter Pearson                    (

## ORDER

Defendant appeared in open court with counsel for a hearing on his application for probation. Defendant has already served a substantial amount of time in the county jail in regard to this charge.

It is Therefore Ordered, Adjudged, and Decreed that defendant's sentence is split to give him credit for time served. Defendant shall serve the balance of his term on probation. Defendant shall be released instanter.

Done this the 14th day of December 2004.

_____
                                         Circuit Judge

12-21-04
Lydia Waters
DA
Probation & Parole Office
TCSO & Jail Administrator

DEC 2004
RECEIVED
FRANK LUCAS
CIRCUIT CLERK

State of Alabama
Unified Judicial System

Form CR-10    Rev. 8/98

# CONSOLIDATED APPEARANCE BOND
## (District Court, Grand Jury, Circuit Court)

Case Number

IN THE _____ COURT OF _____, ALABAMA
(Circuit or District)                              (Name of County)

STATE OF ALABAMA  v. _____

**Defendant**

I, _____ (Defendant), as principal,
and I (we), _____
(Please print)

_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _____ and such costs as authorized by law unless the above-named defendant
appears before the district court of the county on _____ (date) at _____ .M. (time) (if date and time
are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time
to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and
from session to session thereafter until discharged by law to answer to the charge of _____
_____, or any other charge as authorized by law.
        We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal
to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially
waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.
        It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue
in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above
charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are
otherwise duly exonerated as provided by law.
        Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant

Address (print)                                      City                      State          Zip          (L S)

Signature of Surety/Agent of Professional Surety or Bail Company          Signature of Surety/Agent of Professional Surety or Bail Company
                                                                (L S.)                                                          (L S)
Social Security Number          Telephone Number          Social Security Number          Telephone Number

Address (print)          City     State     Zip          Address (print)          City     State     Zip

Signature of Surety/Agent of Professional Surety or Bail Company          Signature of Surety/Agent of Professional Surety or Bail Company
                                                                (L S.)                                                          (L S)
Social Security Number          Telephone Number          Social Security Number          Telephone Number

Address (print)          City     State     Zip          Address (print)          City     State     Zip

_____          Approved by  Judge/Magistrate/Sheriff
Date                                          By: Deputy Sheriff

| Defendant's Information | | | | |
|---|---|---|---|---|
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number          State          (   ) | Telephone Number | | | Employer's Telephone Number |

☐ Property Bond          ☐ Professional Surety/Bail Company Bond          ☐ Cash Bond

COURT RECORD: Original          DEFENDANT: Copy          SURETY: Copy



# TALLAPOOSA COUNTY JAIL
# COURT ACTION/ARREST
# AUTHENTICATION

This form is to be completed by the transporting officer anytime an inmate makes a court appearance or placed in jail without an arrest report. Correctional Officers shall complete when information is given via telephone, mail or other means concerning sentencing, bonds or other court actions.

**DATE:** 12/14/04

**NAME OF PRISONER:** Pearson Jessie Walter  **NID#:** 44796 43542

**JUDGE:** _____  **CASE #: (IF KNOWN)** 2004-135-00

**CHARGE(S):** D.U.I Felony

**COURT ACTION/REMARKS: CHECK ALL THAT APPLY**

_____ 1. BOUND TO GRAND JURY

_____ 2. BOND REMAINS THE SAME

_____ 3. BOND SET AT: _____

_____ 4. PURGE AMOUNT SET AT: _____

_____ 5. RELEASED TIME SERVED BY ORDER OF JUDGE

__X__ 6. RELEASED ON PROBATION BY ORDER OF JUDGE

_____ 7. CASE CONTINUED; DATE: _____

_____ 8. INMATE SENTENCED TO: _____

_____ 9. APPOINTED ATTORNEY: _____

_____ 10. COURT ORDERED HOLDS FOR: _____

**ADDITIONAL REMARKS:**

Probation Granted as of 12/14/04

_____  _____
**BOOKING OFFICER**                    **OFFICER COMPLETING FORM**

# IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY
## AT ALEXANDER CITY, ALABAMA

STATE OF ALABAMA,  )
    Plaintiff,  )
      )
vs.  )
      )   Case No. CC-04-135
      )
JESSIE WALTER PEARSON,  )
    Defendant.  )
      )

## O R D E R

The Court having been notified by the Probation Officer that the Defendant has violated terms of his probation with the following delinquent charges being filed against the Defendant: Charge No. 1] New Offense: False Reporting to Law Enforcement; Charge No. 2] Failure to Report as Directed; Charge No. 3] Failure to Pay Supervision Fees; Charge No. 4] Failure to Pay Court Ordered Monies; Charge No. 5] Failure to Comply With Court Referral Program as Directed; Charge No. 6] Failure to Attend Three AA Meetings Per Week.

The Court is further informed that the above named defendant has been taken into custody pursuant to the Probation Officer's Authorization of Arrest. IT IS ORDERED that the defendant be held in custody, without bond, pending a revocation hearing, which is hereby scheduled on **June 7, 2005, at 9:00 a.m.**

The Defendant's probation is tolled and the defendant will not successfully complete probation unless and until the defendant comes into full compliance with the terms and conditions of probation.

The Clerk of the Court is to mail a copy of this Order to the Office of the District Attorney, counsel for the Defendant, the Probation Officer and the Tallapoosa County Sheriff's Office and Jail Administrator. A copy of this Order is to be served personally upon the defendant.

SIGNED this 30th day of March, 2005.

3-31-05
DA
Lydia Waters
Probation & Parole Office
TCSO & Jail Administrator
Jessie Walter Pearson (for service)

TOM F. YOUNG, JR.
Circuit Judge



# ᴬLABAMA UNIFORM ARREST REₜ    T

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

**1 ORI #** 0 6 2 0 0 0 0    **2 AGENCY NAME** TALLAPOOSA CO. SHERIFF DEPT.    **3 CASE #** 0 5 0 3 0 0 0 7 9    **4 SFX**

**5 LAST, FIRST, MIDDLE NAME** PEARSON JESSIE W.    **6 ALIAS AKA**

**7 SEX** ☒ M ☐ F   **8 RACE** ☐ 1 W ☒ 2 B ☐ 3 A ☐ 4    **9 HGT** 511   **10 WGT** 150   **11 EYE** BRN   **12 HAIR** BLK   **13 SKIN**   **14**   ☐ 1 SCARS   ☐ 2 MARKS   ☐ 3 TATTOOS   ☐ 4 AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY STATE)**    **15 SSN**    **17 DATE OF BIRTH** 0 7 2 3 5 2   **18 Age** 52   **19 MISCELLANEOUS ID #**

**20 SID #**   **21 FINGERPRINT CLASS** KEY   MAJOR   PRIMARY   SCDV   SUB-SECONDARY   FINAL    **22 DL #** ! 357237   **23 ST** AL

**24 FBI #**   HENRY CLASS   NCIC CLASS    **25 IDENTIFICATION COMMENTS**

**26** ☐ RESIDENT ☐ NON–RESIDENT   **27 HOME ADDRESS (STREET, CITY, STATE, ZIP)** RT. 7 BOX 48 ALEX CITY, AL 35010   **28 RESIDENCE PHONE** 256, 234-2795   **29 OCCUPATION (BE SPECIFIC)**

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)**   **31 BUSINESS ADDRESS ( STREET, CITY, STATE)**   **32 BUSINESS PHONE**

## ARREST

**33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP)** ALEX CITY PD    **34 SECTOR**   **35 ARRESTED FOR YOUR JURISDICTION** ☒ YES ☐ NO / ☐ IN STATE / ☐ OUT STATE AGENCY

**36 CONDITION OF ARRESTEE** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS   **37 RESIST ARREST?** ☐ YES ☒ NO   **38 Injuries?** ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE   **39 ARMED?** ☐ Y ☒ N   **40 DESCRIPTION OF WEAPON** ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON

**41 DATE OF ARREST** 0 3 1 0 0 5   **42 TIME OF ARREST** 4:32 ☐ 1. AM ☒ 2. PM ☐ 3. MIL   **43 DAY OF ARREST** S M T W ☒ T F S   **44 TYPE ARREST** ☐ ON VIEW ☐ ON CALL ☐ WARRANT   **45 ARRESTED BEFORE?** ☒ YES ☐ NO ☐ UNKNOWN

**46 CHARGE—1** ☒ FEL ☐ MISD   PROBATION VIOLATION   **47 UCR CODE** 5012   **48 CHARGE—2** ☐ FEL ☐ MISD   **49 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** 15-22-54   **51 WARRANT #** CC04000135   **52 DATE ISSUED** 0 3 0 7 0 5   **53 STATE CODE/LOCAL ORDINANCE**   **54 WARRANT #**   **55 DATE ISSUED** M D Y

**56 CHARGE—3** ☐ FEL ☐ MISD   **57 UCR CODE**   **58 CHARGE—4** ☐ FEL ☐ MISD   **59 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE**   **61 WARRANT #**   **62 DATE ISSUED** M D Y   **63 STATE CODE/LOCAL ORDINANCE**   **64 WARRANT #**   **65 DATE ISSUED** M D Y

**66 ARREST DISPOSITION** ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER   **67 IF OUT ON RELEASE WHAT TYPE?**   **68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**

**69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

## vehicle

**70 VYR**   **71 VMA**   **72 VMO**   **73 VST**   **74 VCO TOP BOTTOM**   **75 TAG #**   **76 LIS**   **77 LIY**

**71 VIN**   **79 IMPOUNDED?** ☐ YES ☐ NO   **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**

## JUVENILE

**82 JUVENILE DISPOSITION:** ☐ HANDLED AND RELEASED ☐ REF TO JUVENILE COURT ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT   ☐ CONTINUED IN NARRATIVE   **83 RELEASED TO**

**84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME)**   **85 ADDRESS (STREET, CITY, STATE, ZIP)**   **83 PHONE** ( )

**87 PARENTS EMPLOYER**   **88 OCCUPATION**   **89 ADDRESS (STREET, CITY, STATE, ZIP)**   **90 PHONE** ( )

## RELEASE

**91 DATE AND TIME OF RELEASE** M D Y ☐ 1. AM ☐ 1. PM ☐ 3. MIL   **92 RELEASING OFFICER NAME**   **93 AGENCY/DIVISION**   **94 ID #**

**95 RELEASED TO**   **96 AGENCY/DIVISION**   **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ YES ☐ NO ☐ PARTIAL   **99 PROPERTY NOT RELEASED/HELD AT:**   **100 PROPERTY**

**102 SIGNATURE OF RECEIVING OFFICER**   **103 SIGNATURE OF RELEASING OFFICER**   LOCAL USE   STATE USE

**MULTIPLE CASES CLOSED**   **104 CASE #**   **105 SFX**   **106 CASE #**   **107 SFX**   **108 CASE #**   **109 SFX**   **110 ADDITIONAL CASES CLOSED** ☐ Y ☐ N

**111 ARRESTING OFFICER (LAST, FIRST, M )** HUTCHERSON SGT. FRED   **112 ID#** 028   **113 ARRESTING OFFICER (LAST, FIRST, M )**   **114 ID #**   **115 SUPERVISOR ID #**   **116 WATCH CMDR ID #**

TYPE OR PRINT IN BLACK INK ONLY

AC-IIC  34 REV. 10-90

AFS651

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
MONTGOMERY, ALABAMA

ORDER OF PROBATION AND PAROLE OFFICER

AUTHORIZING ARREST OF PROBATION VIOLATOR

TO: SHERIFF OF TALLAPOOSA COUNTY OR ANY LAWFUL OFFICER OF THE STATE OF ALABAMA

PEARSON JESSIE WALTER     COURT NO. CC 2004 000135 00 WHO WAS CONVICTED IN TALLAPOOSA COUNTY OF THE OFFENSE OF DUI - FELONY AND WHO WAS SENTENCED TO A TERM OF 05 YEARS 00 MONTHS 00 DAYS IN THE PENITENTIARY OR TO HARD LABOR FOR THE COUNTY WHO WAS GRANTED PROBATION ON 12/14/2004 FOR A PERIOD OF 04 YEARS 03 MONTHS 08 DAYS HAS IN THE JUDGMENT OF THE UNDERSIGNED PROBATION AND PAROLE OFFICER VIOLATED THE CONDITIONS OF HIS PROBATION.   THEREFORE, BY VIRTUE OF THE AUTHORITY VESTED IN ME BY TITLE 15-22-54, CODE OF ALABAMA, 1975, AS AMENDED, YOU ARE HEREBY GIVEN THIS WRITTEN AUTHORITY TO TAKE THE SAID PEARSON JESSIE WALTER INTO YOUR CUSTODY AND HOLD HIM FOR THE FURTHER ORDER OF THE JUDGE OF THE CIRCUIT  COURT OF TALLAPOOSA COUNTY.

DATED AT _Dadeville_, ALABAMA, THIS THE _7th_ DAY OF _March_, _2005_

_Stacey Olds_
PROBATION AND PAROLE OFFICER

DEFENDANT'S ADDRESS:

RT 7 BOX 47B

ALEXANDER CITY   , AL 35010 0000

ALIAS: PEARSON JESSIE N

EMPLOYER: UNEMPLOYED

NOTE: _In Alexander City Jail_

DEFENDANT'S DESCRIPTION:

HT: 5'11" WT: 145 RACE: B
HAIR: BLK EYES: BRO SEX: M
BIRTH DATE: 07/23/1952
SID#: 01442714  SSN: 320467046

PHONE NO: _____

OFFICER'S RETURN:

RECEIVED ON _3-7-05_

EXECUTED ON _3-10-05_          BY: _Sgt_

( . ) DEFENDANT ARRESTED, RELEASED ON BOND
(✓) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_Jimmy Abbett_
SHERIFF

_Fred Hutchens_
OFFICER

OPERATOR: STO
PREPARED: 03/07/2005

# Summary

**ID#:  43542**

## PEARSON, JESSIE WALTER

ROUTE 7 BOX 48
ALEXANDER CITY AL  35010
(256)234-2795

**Previous Address:**



3/10/2005 6:01:56 PM              3/10/2005 6:02:07 PM

### Identification Information:

| | |
|---|---|
| Gender: Male | Race: Black |
| Ethnic: African American | DOB: 07/23/1952   Age: |
| Height: 5'11 | Weight: 150 |
| Hair: Black | Eyes: Brown |
| Complexion: Light | Glasses:  No |
| Hairstyle: Short | Teeth: Missing Upper |
| Speech: | Build: Slender |
| State ID: | Fed ID: |
| DL:  I357237 - AL | |
| Local ID: | LID Type: |
| SMT Code: | Desc: |
| MO:  : | |
|        : | |

Notes:

PEARSON, JESSIE WALTER - 43542



# TALLAPOOSA COUNTY JAIL

## IN-PROCESSING CHECK LIST

Inmates Name: _Pearson, Jessie_   Name ID: _43542_   Date In: _3-10-05_

Booking Number: _05-000417_   Time In: _1640_   Shift: _B-2_

✓ 1. Medical screening completed. Notify nurse of any major problems.

✓ 2. Property Issued. (Explain to inmate about the responsibility of property.)

✓ 3. Finger printing. Livescan.

_____ 4. Photos.

✓ 5. Arrest report, IO reports, Arrest Authentication sheet in file.

✓ 6. Bond Set, Purge amount set, and inmate has been informed. Comments: _____
_____ _No Bond_

✓ 7. All copies of reports made and copies and originals in appropriate location.

✓ 8. All property and valuables have been secured in appropriate location.

✓ 9. Any cash inmate request to be transferred to commissary account has been accounted for and
placed in appropriate location.

✓ 10. NCIC Check completed:

   ✓ No wants or warrants

   _____ Wanted for: _____

   by: _____ _D. Ray_ _____

_C. Nail_ _____

Booking Officer's Signature            Date/Time Booking Completed

_Sgt. Cnl_ _____

Supervisor Reviewed

**CORRECTIONS**

*Supervisor must review all bookings prior to filing record.



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: _Pearson, Jessie_____ Name ID: _43542_____ Date Out: _____

Booking Number: _05-000417_____ Time Out: _____ Shift:_____

_____1. Manner in which inmate is being released has been confirmed.

_____2. NCIC Check completed:

      _____ No wants or warrants

      _____ Wanted for:_____

         by: _____

_____3. Inmate returned all issued property, spillman updated.

_____4. Inmate received and signed for all his/her property, spillman updated.

_____5. Bond completed and copies/originals in appropriate location.

_____6. Copy of bond/receipt/order has been placed in inmates record.

_____7. Cash Account: Inmate received commissary funds upon release: Yes/No

      If no explain: _____

_____8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____      _____

Booking Officer's Signature         Date/Time Release Completed

_____

Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

```
03/10/2005              Tallapoosa County Sheriff's Department                   473
17:51                                                                  Page:    1
                         Receipt for Personal Property Stored

        Receipt Number:      69840                    Date: 03/10/2005
        Booking Number: 05-000417
Property Stored for: JESSIE WALTER PEARSON (      43542)

I, JESSIE WALTER PEARSON, certify that on the above date and time, the
following personal property was accepted into storage:

     ITEM                   DESCRIPTION                 CASH?    QUANTITY   LOCATN
     ----               -----------------               -----   --------   ------
SWEATSHIRT           GREY IN COLOR                       N          1       LOC61
OVERALLS             BLUE IN COLOR                       N          1       LOC61
LIGHTER              YELLOW IN COLOR                     N          1       LOC61
LIGHTER              GREY IN COLOR                       N          1       LOC61
RING                 GREY IN COLOR                       N          1       LOC61
CIGS                 BASIC IN RED/WHITE PACK             N          1       LOC61
MONEY                CASH AND CHANGE                     Y        $2.06
SHOES                BLACK IN COLOR                      N          2       LOC61
SHIRT                BLUE/WHITE STRIPED                  N          1       LOC61
```

Property received by:                    Property stored for:

_____                  _____
NAIL                                     JESSIE WALTER PEARSON

```
03/10/2005              Tallapoosa County Sheriff's Department                    473
17:46                                                              Page:     1
                   Receipt for Property and Personal Use Items Issued

     Receipt Number:      10945                    Date: 03/10/2005
     Booking Number: 05-000417
Property issued to: JESSIE WALTER PEARSON (      43542

I, JESSIE WALTER PEARSON, certify that on the above date and time, the
following property and personal use items were issued to me by
NAIL

   ITEM              DESCRIPTION                   SIZE   QUANTITY    CONDITION
------------    --------------------------        ----   --------    ---------
BLANKET         COTTON WHITE                                 1
PROPERTY BOX    CLEAR PLASTIC / BLUE TOP                     1
SOAP            SOAP                                         1
PILLOW          FOAM                                         1
MATTRESS        GREEN,BLUE PLASTIC/FOAM                      1
TOWELL          TOWELL WHITE COTTON                          1
SANDLES         PVC BROWN OR TAN                             2
RULE BOOK       WHITE PAPER                                  1
WASH CLOTH      SMALL WASH CLOTH COTTON                      1
MATTRESS COVER6                                              1
LAUNDRY BAG     NET NYLON                                    1
SHEETS          WHITE COTTON SHEETS                          2
SHIRTS          WHITE COTTON UNISEX                          3
PANTS           WHITE COTTON TROUSERS UNISEX                 3
CUP             PLASTIC                                      1
TOOTHPASTE      FRESH MINT                                   1
TOOTHBRUSH      SMALL HANDLE                                 1
PEN             INK PEN BLACK INK,RUBBER CASE                1
PILLOW CASE     WHITE COTTON                                 1
```

Property received by:                      Property issued by:

x _Jessie W Pearson_____           _C. Nail_____

JESSIE WALTER PEARSON                       NAIL



# TALLAPOOSA COUNTY JAIL

## OUT-PROCESSING CHECK LIST

Inmates Name: Pearson Jessie Walter    Name ID: 43542    Date Out: 12/14/04

Booking Number: 04-000480    Time Out: 1330    Shift: A-1

____ ✓ 1. Manner in which inmate is being released has been confirmed.

____ ✓ 2. NCIC Check completed:

         ✓ No wants or warrants

         ____ Wanted for: _____

         by: WYATT _____

____ ✓ 3. Inmate returned all issued property, spillman updated.

____ ✓ 4. Inmate received and signed for all his/her property, spillman updated.

____ ✓ 5. Bond completed and copies/originals in appropriate location.

____ ✓ 6. Copy of bond/receipt/order has been placed in inmates record.

____ ✓/rs 7. Cash Account: Inmate received commissary funds upon release: Yes/No

         If no explain: _____

____ ✓ 8. Ensure all data has been updated in spillman, bonds, holds, property, etc.

_____    12/14/04 / 1330
Booking Officer's Signature    Date/Time Release Completed

_____
Sgt. Mason
Supervisor Reviewed

*Supervisor must review all releases prior to filing record.

**CORRECTIONS**

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|---|---|---|---|---|
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN, BLUE PLASTIC/FOAM | | 1 | |
| TOWEL | TOWEL WHITE COTTON | | 1 | |
| SANDLES | PVC BROWN OR TAN | | 2 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVER | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 1 | |
| SHEETS | WHITE COTTON SHEETS | | 2 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 3 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK, RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | 1 | |

Property received by:

CRUZ

Property returned by:

INMATE UNITED PERSON

| ITEM | DESCRIPTION | | QUANTITY | LOCAT |
|---|---|---|---|---|
| SHIRT BRO | AND PANTIES | N | 1 | LY031 |
| BOOTS | BROWN | N | 1 | LO031 |
| JEANS | BLUE | N | 1 | LO031 |
| SHIRT | RED | N | 1 | LO031 |
| SWEATER | BLUE | N | 1 | LO031 |
| T-SHIRT | BROWN IN COLOR/ROBBINS | N | 1 | LO031 |

Property returned by:

_____

Property received by:

_____
INMATE WALTER PEARSON

Receipt for Property and Personal Use Items Issued

Date: 03/30/2004

Receipt Number: 3427
Booking Number: 24-000432
Property Issued to: JESSIE W PEARSON /    43542

I, JESSIE W PEARSON, certify that on the above date and time, the following property and personal use items were issued to me by VIRGIL HILL

| ITEM | DESCRIPTION | SIZE | QUANTITY | CONDITION |
|------|-------------|------|----------|-----------|
| | | | 1 | |
| BLANKET | COTTON WHITE | | 1 | |
| PROPERTY BOX | CLEAR PLASTIC / BLUE TOP | | 1 | |
| SOAP | SOAP | | 1 | |
| PILLOW | FOAM | | 1 | |
| MATTRESS | GREEN, BLUE PLASTIC/FOAM | | 1 | |
| TOWELL | TOWELL WHITE COTTON | | 2 | |
| SANDLES | PVC BROWN OR TAN | | 1 | |
| RULE BOOK | WHITE PAPER | | 1 | |
| WASH CLOTH | SMALL WASH CLOTH COTTON | | 1 | |
| MATTRESS COVER6 | | | 1 | |
| LAUNDRY BAG | NET NYLON | | 2 | |
| SHEETS | WHITE COTTON SHEETS | | 3 | |
| SHIRTS | WHITE COTTON UNISEX | | 3 | |
| PANTS | WHITE COTTON TROUSERS UNISEX | | 1 | |
| CUP | PLASTIC | | 1 | |
| TOOTHPASTE | FRESH MINT | | 1 | |
| TOOTHBRUSH | SMALL HANDLE | | 1 | |
| PEN | INK PEN BLACK INK, RUBBER CASE | | 1 | |
| PILLOW CASE | WHITE COTTON | | | |

Property received by:

_X_____

JESSIE W PEARSON

Property issued by:

_Jesse W Pearson_

VIRGIL HILL

05/03/2004                                                                              410
13:53                                                                          Page:    1
                          Receipt for Personal Property Stored

        Receipt Number:      ST907                    Date: 05/03/2004
        Docking Number: 04-000430
Property Stored for: JESSIE W PEARSON (    43548)

I, JESSIE W PEARSON, certify that on the above date and time, the
following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| BROWN BAG | AND CONTENTS | N | 1 | LOC31 |
| BOOTS | BROWN | N | 1 | LOC31 |
| JEANS | BLUE | N | 1 | LOC31 |
| SHIRT | RED | N | 1 | LOC31 |
| SWEATER | BLUE | N | 1 | LOC31 |

Property received by:                    Property stored for:

_____                  _____
VIRGIL HILL                              JESSIE W PEARSON

05/27/2004
05:10

Receipt for Personal Property Stored

Receipt Number:     60316                    Date: 06/27.2004
Booking Number: 04-000430
Property Stored for: JESSIE WALTER PEARSON (   405421

I, JESSIE WALTER PEARSON, certify that on the above date and time, the
following personal property was accepted into storage:

| ITEM | DESCRIPTION | CASH? | QUANTITY | LOCATN |
|------|-------------|-------|----------|--------|
| GLASSES | BROWN IN COLOR/READING | N | 1 | L0031 |

Property received by:                    Property stored for:

NAIL                                     JESSIE WALTER PEARSON

# Exhibit B
# Affidavit of David McMichael

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE W. PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-CV-418-T |
| | ) | |
| DAVID MCNAIR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DAVID MCMICHAEL

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF TALLAPOOSA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared David McMichael, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is David McMichael. I am over the age of nineteen and competent to make this affidavit.

2. I served as the Jail Administrator of the Tallapoosa County Detention Facility for the past three years, having served as Chief Deputy of the Tallapoosa County Sheriff's Department for five years prior to that time. I am now with Spillman Technology, working as a customer education instructor on law enforcement software. I am a graduate of the police academy, having graduated in 1990, after serving eight years in the army, being discharged as a Sergeant. I have also served in the National Guard.

3. I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Detention Facility; however, I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint, as he never made any such complaints known to me.

4. I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5. It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-being. An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired. At the time of admission to the jail, each inmate undergoes a medical screening completed by the booking officer. In the event of a medical emergency, or a perceived medical emergency, the Shift Supervisor will arrange for medical services without delay. The Shift Supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained. Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate. All medical appointments, including appointments with the jail nurse are logged by the jail staff in the inmate log. Inmates are given prescription medication as prescribed. Medication is distributed according to instructions form the prescribing physician and is distributed by a jail staff member as directed by the jail nurse. Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.

6. It is the policy of the Tallapoosa County Jail that any inmate with a communicable disease will be handled and treated in a proper manner. Any inmate diagnosed as having a communicable disease is handled according to instructions from a health care professional.

Any inmate diagnosed as having any communicable disease is housed in a single cell and distanced from contact with other inmates during the period of time he may be able to communicate the disease to another person.

7. The Tallapoosa County Jail policies regarding inmate workers (work detail) and work release are set forth in the Inmate Handbook. Inmate workers are selected by the Jail Administrator upon recommendation of the shift supervisor. The selection is based on the inmate's criminal charge, behavior while in jail and ability to adequately perform the designated task. Selection is done strictly by recommendation of the staff. Work release is a separate program from the inmate worker/work detail program. Inmates who wish to participate in work release must first be ordered by the presiding judge in that inmate's case. Once this order is issued, it is the inmate's responsibility to locate an employer to hire him.

8. Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the detention center via the Inmate Rules and Regulations Handbook. It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have. It is further the policy and procedure of the Tallapoosa County Jail to place each such grievance in the inmate's file for a record of the same.

9. The Plaintiff has never submitted a grievance form regarding any of the allegations that form the basis of his complaint. Had a grievance been submitted, it would have been signed and dated by the correctional officer receiving the grievance and a copy would have been placed in the Plaintiff's inmate file, with a copy being returned to the inmate for his

records. No such grievance has ever been made by the Plaintiff, despite the fact that he is familiar with the grievance procedures of the jail, as evidenced by his several requests forms submitted.

10. Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file. During the time that I served as Jail Administrator, I was custodian of such documents, which were kept by me in the ordinary course of my business.

11. I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
DAVID MCMICHAEL

**SWORN TO** and **SUBSCRIBED** before me this _____ day of June, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _____