# Exhibit C
# Affidavit of Blake Jennings

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JESSIE W. PEARSON,                )
                                  )
        Plaintiff,                )
                                  )
v.                                )    Civil Action No.  3:05-CV-418-T
                                  )
DAVID MCNAIR, et al.,             )
                                  )
        Defendants.               )

### AFFIDAVIT OF BLAKE JENNINGS

STATE OF ALABAMA          )
                          )
COUNTY OF TALLAPOOSA      )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Blake Jennings, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Blake Jennings.  I am over the age of nineteen and competent to make this affidavit.

2.      I have been employed by the Tallapoosa County Sheriff's Department since 1998. On March 19, 2004, I became the Jail Administrator of the Tallapoosa County Jail.

3.      I am familiar with the Plaintiff due to his incarceration in the Tallapoosa County Detention Facility; however, I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint, as he never made any such complaints known to me.

4.      It is the policy of the Tallapoosa County Jail that access to appropriate health care services are provided for the inmates of the Jail for their physical and emotional well-

being. An inmate requesting any type of health care services may submit either an Inmate Request Form or Medical Request/Charge Sheet stating the service desired. At the time of admission to the jail, each inmate undergoes a medical screening completed by the booking officer. In the event of a medical emergency, or a perceived medical emergency, the Shift Supervisor will arrange for medical services without delay. The Shift Supervisor ensures that the medical protocol is followed to ensure a safe and secure manner is maintained. Except in the case of an emergency, each inmate requesting medical services is screened by the jail nurse who then makes a referral to a physician if it is determined that a physician visit is appropriate. All medical appointments, including appointments with the jail nurse are logged by the jail staff in the inmate log. Inmates are given prescription medication as prescribed. Medication is distributed according to instructions form the prescribing physician and is distributed by a jail staff member as directed by the jail nurse. Staff members of the Tallapoosa County Jail take no deliberate action to block, deny, or delay access of an inmate to health care.

5.     It is the policy of the Tallapoosa County Jail that any inmate with a communicable disease will be handled and treated in a proper manner. Any inmate diagnosed as having a communicable disease is handled according to instructions from a health care professional. Any inmate diagnosed as having any communicable disease is housed in a single cell and distanced from contact with other inmates during the period of time he may be able to communicate the disease to another person.

6.     The Tallapoosa County Jail policies regarding inmate workers (work detail) and work release are set forth in the Inmate Handbook. Inmate workers are selected by the Jail Administrator upon recommendation of the shift supervisor. The selection is based on the

inmate's criminal charge, behavior while in jail and ability to adequately perform the designated task. Selection is done strictly by recommendation of the staff. Work release is a separate program from the inmate worker/work detail program. Inmates who wish to participate in work release must first be ordered by the presiding judge in that inmate's case. Once this order is issued, it is the inmate's responsibility to locate an employer to hire him.

7.    Internal grievance procedures at the Tallapoosa County Jail are available to all inmates and such policy is made known to the inmates upon their admission to the detention center via the Inmate Rules and Regulations Handbook. It is the policy of the Tallapoosa County Jail that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a jail staff member for any grievance they may have. It is further the policy and procedure of the Tallapoosa County Jail to place each such grievance in the inmate's file for a record of the same.

8.    The Plaintiff has never submitted a grievance form regarding any of the allegations that form the basis of his complaint. Had a grievance been submitted, it would have been signed and dated by the correctional officer receiving the grievance and a copy would have been placed in the Plaintiff's inmate file, with a copy being returned to the inmate for his records. No such grievance has ever been made by the Plaintiff, despite the fact that he is familiar with the grievance procedures of the jail, as evidenced by his several requests forms submitted.

9.    Attached to the Special Report are true and accurate documents contained in the Plaintiff's jail file. I am currently the custodian of such documents, which were kept by me in the ordinary course of my business.

10.     I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
BLAKE JENNINGS

**SWORN TO** and **SUBSCRIBED** before me this __17__ day of June, 2005.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JULY 19, 2008

# Exhibit D
# Affidavit of Cathy Dubose

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JESSIE W. PEARSON,                )
                                  )
        Plaintiff,                )
                                  )
v.                                )        Civil Action No. 3:05-CV-418-T
                                  )
DAVID MCNAIR, et al.,             )
                                  )
        Defendants.               )

## AFFIDAVIT OF CATHY DUBOSE

STATE OF ALABAMA              )
                              )
COUNTY OF TALLAPOOSA          )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Cathy Dubose, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Cathy Dubose. I am over the age of nineteen and competent to make this affidavit.

2. I am a Registered Nurse and provide medical services to the inmates at the Tallapoosa County Jail and have done so since January 23, 2005.

3. Attached to the Special Report are true and accurate medical documents contained in the Plaintiff's medical file. I am currently the custodian of such documents, which were kept by me in the ordinary course of my business.

4. After an inmate has been in the Tallapoosa County Jail for two weeks, he is screened for Tuberculosis, HIV, and syphilis.

5. Since I have worked at the Tallapoosa County Jail, I have not had an inmate test positive for HIV or syphilis.

6. The records in Plaintiff's Medical file show that on March 29, 2004, Plaintiff was placed in the Medical Observation cell and was prescribed 600 mg Ibuprofen on March 30, 2004. Plaintiff was also treated on several other occasions by the medical staff at the Tallapoosa County Jail.

7. On April 14, 2004, Plaintiff had a positive Tuberculosis Skin test. However, this positive result does not mean that Plaintiff had Tuberculosis. It only means that he had germs in his body that cause Tuberculosis. Plaintiff was sent to the Tallapoosa County Health Department for a chest x-ray which came back normal. However, as a preventative measure, the doctor prescribed INH (Isoniazid) for Plaintiff. Plaintiff agreed to the doctor's recommendation and was treated accordingly.

8. Plaintiff Jessie Pearson requested that I call his family and ask them to bring him his glasses. I complied with this request

9. I swear to the best of my present knowledge, information, and belief that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
CATHY DUBOSE

**SWORN TO** and **SUBSCRIBED** before me this 17 day of June, 2005.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JULY 19, 2008

# Exhibit E
# Inmate Medical Records of Jessie W. Pearson

# MEDICATIONS/PHYSICIAN ORDERS

*Nelson Jacob*

## MEDICATIONS

NKA

| Date | Medication | (List all current medications except those listed on the front of this form) | Dosage/Route/Administration | Date Discontinue |
|------|------------|-------------------------------------------------------------------------------|------------------------------|------------------|
|      |            |                                                                               |                              |                  |
|      |            |                                                                               |                              |                  |
|      |            |                                                                               |                              |                  |
|      |            |                                                                               |                              |                  |
|      |            |                                                                               |                              |                  |
|      |            |                                                                               |                              |                  |

## PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 3/30/04 | Ibuprofen 600mg ī PO BID PRN | A. Jeba |
| 5/18/04 | INH 300mg PO AM    HD Rec | A. Jeba |
| 5/24/04 | Drixomed ī PO BID X 1 wk | A. Jeba |
| 5/11/04 | Bactrim DS ī PO BID X 1 wk | A. Jeba |
| 9/22/04 | Vitamin B-6 25mg PO AM ) HD Rec | A. Jeba |
| 12/7/04 | Drixomed ī PO BID X 1 wk | A. Jeba |
| 3/14/05 | Drixomed ī po bid X 1 wk  → | C. LeBoser RN |
|  | Ex St Tylenol po bid X 7 days | |
| 3-17 | Bactrim ī PO bid X 2 week | |
| 3-30-05 | Ibuprofen 400mg ī po bid as needed | C. LeBoser |
| 4-11-05 | Benadryl 25mg 1 twice a day as needed | C. LeBoser |
| 4-15-05 | Drixomed ī po bid X 7 days | C. LeBose RN |
| 4-15-05 | Miconazole cream 1% daily as need | C. LeBoser |

TCJ Form-07D

## MEDICATIONS/PHYSICIAN ORDERS

### MEDICATIONS

| Date | Medication (List all current medications except those listed on the front of this form.) | Dosage/Route/Administration | Date Discontinued |
|------|------|------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PHYSICIAN ORDERS

| Date | Order | Signature |
|------|-------|-----------|
| 5-10-05 | D/C Ibuprofen | |
| | D/C Benadryl | |
| | Rx ST Tylenol 2 po @ hs | C. DuBose RN |

## PROGRESS NOTES

Name _Pearson Jessie_

UMR #

| Date | Service Area | Sign All Entries |
|------|--------------|------------------|
| 3-30-05 | | C/o cronic pain. Started on Ibyprofen 400 bid ab needed also restarted Septra (Bactrim DS) for 1 more wk as I mis interpurted the order as 7 days not 2 weeks. Will restart for 1 more wk C. DuBose |
| 4-15-05 | | C/o Head stopped up. Started on Uniomax bid x 7 days. C. DuBose RN |
| 5-10-05 | | C/o Headache @ night 1030 ish pt wants Ibyprofen. D/C'ed "don 4 do any good" also wants Benadryl. D/C'ed "don't du any good" legs wants Tylenol @ night (2) BP 120/78 States Chest aches going from i arm always across Chest to other arm, like heart burn. Will Monitor  C. DuBose RN |

## PROGRESS NOTES

Name _Pearson, Jessie W._

UMR # _____

| Date | Service Area | Sign All Entries |
|---|---|---|
| 11/29/04 | | Seen per request for complaint bruise left leg. Inmate stated he struck back w/ left leg on table Sunday pm. Inmate noted to have bruising area but skin intact → no intervention _[illegible signature]_ |
| 12/1/04 | | Complaining c̄ pain above eye / sinus congestion pressure esp early AM + HS. Will place on Decongestant on Med ✗ × 1 w/c _[illegible signature]_ |
| 12/14/04 | | Released _[illegible signature]_ |
| 2/17/05 | | Copy of requested info mailed to DD Services as requested _____ C. DuBose LPN |
| 3/14/05 | | c/o cold put p̄ [illegible] + tylenol on cart for 7 days C. DuBose LPN |
| 3-17-5 | | S̄ c/o (over all) p̄ officer × several weeks [illegible] OFC [illegible] WT stable BM [illegible] O – Vitals stable afebrile c̄ [illegible] Hx N&S Abd soft [illegible] 2+ lower abd [illegible] [illegible] A Prob/Hx R [illegible] |
| 3-17-05 | | MD [illegible] _____ Bactrim DS; PC bid × 14 days _[illegible signature]_ |
| 3-21-05 | | Hx done. 50 y BM Ht 5'11" wt 140# NKA BP 104/[illegible] [illegible] fx 3rd & 4th [illegible] (R 1999. [illegible] [illegible] TCH 1 pint [illegible] × 30 y. PPD w/ FA [illegible] [illegible] × 1 [illegible] syphilis & HIV test. _____ _[illegible signature]_ |

TCJ Form-07H

Med

# Tallapoosa County Jail
## Daily Jail Check Log

**Assignment:** Pearson Jessie

**Date** 2-24-04

| Time | Remarks | Jailer | Time | Remarks | Ja |
|------|---------|--------|------|---------|-----|
| 9:00 | Moved to C-10 | 137 | | | |
| 955 | asleep @ desk | 137 | | | |
| 11:00 | on Back asleep | 137 | | | |
| 1135 | Tray Serve | 147 | | | |
| 1145 | tray picked up | 142 | | | |
| 1315 | Reading | 137 | | | |
| 1435 | Ready | 137 | | | |
| 1500 | reading a book | 142 | | | |
| 1522 | moved to C-6 | C134 | | | |

# Tallapoosa County Jail
## *Daily Jail Check Log*

Cell: _C-10_

Date _5/3/04_

Inmate: _Pearsin, Jess.e_

| Time | Remarks | C.O. | Time | Remarks | C.O. |
|------|---------|------|------|---------|------|
| 10" am | Moved to / C-10 Medical / CBS | CW | 200 | Laying (B)side (R) | (R) |
| 1155 | asleep B side | 122 | 230 | Laying Back | 157 |
| 1225 | Gave TR | 132 | 300 | Laying Back | 157 |
| 1240 | TR up | 122 | 337 | Laying on Back | 157 |
| 1414 | Sleep ® side | 147 | 0405 | Laying on Back | 157 |
| 1500 | talked to me | 142 | 430 | Laying on stomo | 153 |
| 1535 | Sleep ® side | 147 | 0446 | freely on totm | 73 |
| 1740 | Transferred | 157 | 0553 | lay reweb | 73 |
| 1839 | Tray up | 134 | 0620 | lay up | 73 |
| 1911 | looked in on | 158 | 0636 | on left side | 73 |
| 2000 | Mess Given | 147 | 0651 | on left side | 73 |
| 2015 | laying on ® side | 158 | 0703 | on left side | 73 |
| 2031 | laying on ® side | 158 | 0717 | on left side | 73 |
| 2104 | Laying on ® side | 157 | 0731 | on left side | 73 |
| 2136 | Laying ® side | 147 | 0745 | Gone to court (3) | (3) |
| 2142 | Laying on back | 110 | 0120 | Still at / Court | (3) |
| 2205 | Laying on back | 110 | 1140 | Laying on bed | C-10 |
| 2222 | Laying on back | 158 | 1145 | lay on lot | 73 |
| 2256 | Laying on ® side | 110 | 1226 | lay reweb | 73 |
| 2315 | Laying on back | 158 | 1511 | Standing / at window | (3) |
| 2325 | Laying on back | 158 |  |  |  |
| 0033 | Laying ® side | 157 | 1550 | drink water | 73 |
| 0036 | Laying on ® side | 110 |  |  |  |
| 0104 | Laying on ® side | 157 |  |  |  |
| 0133 | Laying on ® side | 157 |  |  |  |

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Jessie Pearson_

NID# _____ Date of Birth _7 23 52_

## Co-payment Charged For:

| | | |
|---|---|---|
| ___ Emergency Room Visit initiated by inmate | $15.00 |
| X Sick Call (Nurse Visit) | $ 5.00 |
| ___ Doctor Visit (requested) | $15.00 |
| ___ Dentist Visit | $20.00 |
| ___ Prescription or prescribed medication | $ 5.00 |
| ___ Over the counter medication | $ .25 |
| ___ Other _____ | $____ |

TOTAL----------$ _5.25_

State Your Problem: _My head ask Fever cold_
_Cough Sore Eyes (under pain Eays) + running_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie Pearson_ Date _3-15-05_

Medical Staff Signature: _C. Osborn_ Date _3-15-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: JESSIE W PEARSON

NID# 43542          Date of Birth 7-23-52

## Co-payment Charged For:

| | | |
|---|---|---|
| ___ Emergency Room Visit initiated by inmate——————— | $15.00 |
| ___ Sick Call (Nurse Visit)——————————— | $ 5.00 |
| ✓ Doctor Visit (requested)——————————— | $15.00 |
| ___ Dentist Visit———————————————— | $20.00 |
| ✓ Prescription or prescribed medication——————— | $ 5.00 |
| ___ Over the counter medication————————— | $ .25 |
| ___ Other Colon Cancer Test ——————————— | $____ |

TOTAL————$ 20.00

**State Your Problem:** I AM A S/DE inmate, I WANT to get A Colon Cancer Test can the county JAil arrping it For me, I AM 52 years old, I don't know when i will be going to Court, it could be Tow or Thren mo, I would Like to have this done,

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie W Pearson_  Date 3-18-05

Medical Staff Signature: _C. LeBron RN_ Date 3/17/05

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Jessie Pearson_

NID#_____ **Date of Birth** _7-23-52_

## Co-payment Charged For:

| | | |
|---|---|---|
| ____ Emergency Room Visit initiated by inmate———————— | $15.00 |
| ✓ Sick Call (Nurse Visit)——————————————— | $ 5.00 |
| ____ Doctor Visit (requested)————————————————— | $15.00 |
| ____ Dentist Visit————————————————————— | $20.00 |
| ____ Prescription or prescribed medication———————— | $ 5.00 |
| ✓ Over the counter medication——————————— | $ .25 |
| ____ Other_____ ————————————— | $_____ |

**TOTAL**————-$ _5.25_

State Your Problem: _Headach, scre eyes_
_Cont sleep at night, sure nose,_
_branthing hard)_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie Pearson_ **Date** _3-28-05_

Medical Staff Signature: _C. W. Burk N_ Date _3-30-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

```
04/04/2005              Tallapoosa County Sheriff's Department                        422
10:49                                                                        Page:    1
```

Check/Id Number:      1110
            Date: 04/04/2005
Cash Account for:     43542                        Acct. Balance: $5.47
            JESSIE WALTER PEARSON              Loc: TCJ -TCJ -C   -C-6 -0017

I, JESSIE WALTER PEARSON, hereby authorize the withdrawl of $5.25
from my cash account, to be paid to TALLAPOOSA COUNTY COMMISSION
by MADAMS

                                        _____
                                        JESSIE WALTER PEARSON

I, MADAMS, certify that I have withdrawn $5.25 from the
cash account of JESSIE WALTER PEARSON and paid this amount to
TALLAPOOSA COUNTY COMMISSION as authorized.

                          By: _____
                                MADAMS

I, TALLAPOOSA COUNTY COMMISSION, hereby certify that I have received
$5.25 withdrawn from the cash account of JESSIE WALTER PEARSON

                              _____
                              TALLAPOOSA COUNTY COMMISSION

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _JESSIE L PEARSON_

NID#_____ Date of Birth _7-23-52_

## Co-payment Charged For:

___ Emergency Room Visit initiated by inmate————————$15.00
___ Sick Call (Nurse Visit)————————————————$ 5.00
___ Doctor Visit (requested)————————————————$15.00
___ Dentist Visit————————————————————$20.00
___ Prescription or prescribed medication————————$ 5.00
_X_ Over the counter medication————————————$  .25
Other_____$____

TOTAL————————$____ N/C

State Your Problem: _4-12-05 HEAD STARTED HURTING about 230pm A MIGRAN HEADACH NURSE STOP UP, I AM Letting the NURSE KNOW AND RECORD This, + will keep one for my Record._

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie L Pearson_ Date _4-12-05_

Medical Staff Signature: _C. DuBose RN_ Date _4-13-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

Started on Benadryl 25mg bid prn

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Jessir W Pearsa~_

NID# _____    Date of Birth _7-23-52_

## Co-payment Charged For:

___ Emergency Room Visit initiated by inmate——————————$15.00
_✓_ Sick Call (Nurse Visit)————————————————— $ 5.00
___ Doctor Visit (requested)———————————————— $15.00
___ Dentist Visit———————————————————— $20.00
___ Prescription or prescribed medication————————— $ 5.00
_✓_ Over the counter medication——————————— $ .25
___ Other_____    ——————— $_____

**TOTAL**————————$ _5.25_

**State Your Problem:** _I have got the symtom or
sings of a flu or cold stop up nose
hard to breath and can't sleep at night
burning nostril, headack,_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR
THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND
THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY
COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F
OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie L Pearson_    Date _2-15-05_

Medical Staff Signature: _C. LaBose RN_ Date _4-15-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL
IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _Jessie L Pearson_

NID# _43542_     Date of Birth _7-23-52_

## Co-payment Charged For:

| | |
|---|---|
| ___ Emergency Room Visit initiated by inmate———— | $15.00 |
| ✓ Sick Call (Nurse Visit)———————————— | $ 5.00 |
| ___ Doctor Visit (requested)——————————— | $15.00 |
| ___ Dentist Visit——————————————— | $20.00 |
| ___ Prescription or prescribed medication————— | $ 5.00 |
| ✓ Over the counter medication———————— | $ .25 |
| ✗ Other _Asciss help_ —————————— | $____ |

TOTAL———————$ 5.25

State Your Problem: _Dear Nurse, I want to tell_
_you about my mirgrin headack and eye ake_
_last night I had chest pain across my chest_
_and arms, will you please look into this_
_5-10-05 Please see mr sun, Crenx pain_

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F OF THE "*INMATE RULES AND REGULATIONS*".

Inmate Signature: _Jessie Pearson_ Date _5-10-05_

Medical Staff Signature: _C. DuBose R_ Date _5-10-05_
_736 AM_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Tallapoosa County Jail
## Medical Request/Charge Sheet

Inmate Name: _JESSIE Pearson_

NID# _____ Date of Birth _7-23-52_

## Co-payment Charged For:

| | |
|---|---|
| ____ Emergency Room Visit initiated by inmate——————— | $15.00 |
| _✓_ Sick Call (Nurse Visit)———————————— | $ 5.00 |
| ____ Doctor Visit (requested)—————————— | $15.00 |
| ____ Dentist Visit——————————————— | $20.00 |
| ____ Prescription or prescribed medication———————— | $ 5.00 |
| _✓_ Over the counter medication————————— | $ .25 |
| ____ Other_____ ——————— | $_____ |

TOTAL————$ 5.25

**State Your Problem:** NOSE STOP UP RUNNING IN SIDE NOSE
EYES SORE EVE WATERY SKIN PAIN NECK STIFF, hond & S@ LOWER
This is the 3rd time I hove had these PROBLEMS SICEN 3-05
hove SEEN You 2 times about it. These Flu like PRoblems
ARE CAUSE by the AIR Condition RUN 24 hour: Night middey AND slu
INTHER ONE Sheet

I UNDERSTAND THAT BY MAKING THIS REQUEST, I AM RESPONSIBLE FOR
THE CO-PAY AMOUNTS DESCRIBED ABOVE. I FURTHER UNDERSTAND
THAT THE DESIGNATED AMOUNT WILL BE DEDUCTED FROM MY PLeas Keep This
COMMISSARY ACCOUNT AS OUTLINED IN SECTION 6.0 PARAGRAPH F in My Record.
OF THE "INMATE RULES AND REGULATIONS".

Inmate Signature: _Jessie L Pearson_ Date _5-22-05_

Medical Staff Signature: _C. DuBose_ Date _5-24-05_

UPON COMPLETION BY MEDICAL STAFF, A COPY WILL BE MAINTAINED IN MEDICAL FILE AND THE ORIGINAL
IS TO BE FORWARDED TO THE JAIL ADMINISTRATOR'S OFFICE

# Exhibit F
# TB Clinical Record for Jessie W. Pearson

# TB CLINICAL RECORD

PEARSON, JESSIE          CHR: 621011372
SSN:              RACE:2   DOB: 07/23/1952
MED:              SEX:M    DATE: 04/14/2004
ADD:115 BURNS ST.
ALEX CITY AL 35010        PH:(256)234-3301

**Clinic:** ☐ Outpatient    ☒ Regular chest
☒ First X-ray   ☐ Re-X-ray
Date of X-Ray _4-16-04_    X-ray No _5936_
**Occupations:** Present _Tallapoosa Co Jail_
Past _ V. Caddix _                    Personal Physician(s) _NA_
                                        ① TB Skin Test
                                        Co Jail

**EVALUATION:** (If contact; Name of index case, why TB tested, who referred and why.)

### CURRENT SYMPTOMS & MEDICAL HISTORY:
| | | | |
|---|---|---|---|
| Loss of appetite: YES/**NO** | Weight loss: YES/**NO** | Fever: **YES**/NO | Chest pain: YES/**NO** | Night sweats: YES/**NO** |
| Hoarseness: YES/**NO** | Liver disease: YES/NO | Fatigue: **YES**/NO | Dyspnea: **YES**/NO | |
| Smoker: **YES**/NO — Packs per day _2 p/day_ | | Number of years _25 yrs_ | |
| Alcohol use: **YES**/NO — Quantity: _Pint/Day_ | | Frequency _25 yrs_ | |
| Allergies: YES/**NO** — To what: | | | |

Productive cough: **YES**/NO
Sputum production: Color: _whitish_ Consistency _thick_ Amount per day: _____ Hemoptysis: _____
                Specimen collected today: YES/**NO**                    HIV status: _tested_

Other symptoms: _____
Regular periods? YES/NO   LMP: _____   Pregnant? YES/NO   Contraception method: _____
Present weight: _141#_   Usual weight: _150_   Height: _5'11"_
**ANTI-TUBERCULOSIS CHEMOTHERAPY PAST & PRESENT:** (Specify drugs & dates) _none_

Other medications: _____

### BACTERIOLOGICAL STATUS:
| | | | | Susceptibility Studies: |
|---|---|---|---|---|
| Last neg smear: _____ | (aerosol _____ spontaneous _____) | | | Date: _____ |
| Last neg cul: _____ | (aerosol _____ spontaneous _____ other _____) | | | Sensitive to all drugs: YES/NO |
| Last pos smear: _____ | (aerosol _____ spontaneous _____) | | | Resistant to: _____ |
| Last pos cul: _____ | (aerosol _____ spontaneous _____ other _____) | | | |

**MANTOUX SKIN TEST:** Date: _4/13/04_  Result: (mm of induration): _20mm_
Other skin tests: _____
Signature: _U. Caldwell RN_ _____ Date: _4/14/04_
**FILM INTERPRETATION:**        Dictation: 5-06-2004.

PA of the chest. Film dated 4-16-2004 taken at the health department. Soft tissue and bony thorax appear to be normal. The cardiac silhouette is normal. The hemidiaphragms are flattened. The lung fields, I don't see evidence of acute disease. Essentially normal chest.

**STATUS:** (Please circle one) NORMAL/ABNORMAL –If abnormal, please circle one: Cavitary–Noncavitary–Stable–Worsening–Improving
**DIAGNOSES:** (According to diagnostic standards) Latent tuberculosis infection. Mantoux on 4-13-2004 reported as 20mm.
**RECOMMENDATIONS:**

Since he is an inmate in jail, I recommend he have INH per protocol.

_____ ,M.D          Date: _____ 5-06-2004
C. Neal Canup, M.D./sdc

ADPH-CHR-19/Rev. 9-00-rm

# Exhibit G
# Tuberculosis Treatment Log for Jessie W. Pearson

Pearson SC

| | Medicaid # | | |
| | | Phone | |
| | (County) | Phone | |

Initial Visit Date

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rash/Itching | ∅ | ∅ | ∅ | ∅ | | | | | |
| Nausea | ∅ | ∅ | ∅ | | | | | | |
| Vomiting | ∅ | ∅ | ∅ | ∅ | | | | | |
| Fever | ∅ | ∅ | ∅ | ∅ | | | | | |
| Tingling/Numbness | Hands arm | Same | Same | Same Same | Same | | | | |
| Dark Urine / Jaundice | ∅ | ∅ | ∅ | ∅ | ∅ | | | | |
| Fatigue | occ | ∅ | occ | occ | ∅ | ∅ | | | |
| Dizziness | occ | occ | | occ | ∅ | ∅ | | | |
| Wt. Loss/Appetite | yes | ∅ | ∅ | ∅ | ∅ | ∅ | | | |
| Other | | | | | | | | | |
| Sputum/Lab | | | | | | | | | |
| Initials: Health Care Worker | aw | aw | aw | aw | aw | aw | | | |
| Initials: Patient | JWP | JWP | JWP | JWP | JWP | JWP | | | |

## AMOUNT (number of tabs/caps :mg) GIVEN

| Date | WT | INH | B6 | Other |
|---|---|---|---|---|
| 5/20/04 | 136 | #30/300mg | | |
| 6/18/04 | 140 | | | |
| 7/13/04 | 144 | | | |
| 8/11/04 | 145# | | | |
| 9/13/04 | 155 | | | |
| 10/13/04 | 154 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Skin test result __20__ mm  Date _4_/_13_/_04_

☐ Contact (Index Case: _____)

☐ Converter (Date of Last Neg. Test ____/____/____)

☒ Reactor

Blood Pressure, initial visit _____.

Blood Pressure, final visit _____.

ADPH-TB-10/Rev. 9-97 (BS)