IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JESSIE W. PEARSON | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-418-T |
| DAVID MCNAIR, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Motion for Leave to Supplement Special Report with Executed Affidavits (Doc. No. 12) and for good cause, it is

ORDERED that the motion is GRANTED.

DONE, this 27th day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE