IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JESSIE W. PEARSON | * |
|    Plaintiff, | * |
|      v. | * CIVIL ACTION NO. 3:05-CV-418-T |
| DAVID MCNAIR, *et al.*, | * |
|    Defendants. | * |

**ORDER**

The above-captioned action was filed with this court on May 5, 2005. On May 11, 2005 the court entered an order which instructed Plaintiff, among other things, to inform the court of any change in his address. (Doc. No. 6.) On June 27, 2005 the envelope containing Plaintiff's copy of an order filed June 21, 2005 was returned to the court marked with the notation "returned to sender, attempted, not known," because Plaintiff was no longer at the address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's May 11, 2005 order of procedure. Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing

the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is

ORDERED that Plaintiff SHOW CAUSE within fourteen (14) days of the filing date of this order why his complaint should not be dismissed for his failure to provide the court with his current address as directed by the court's May 11, 2005 order of procedure. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice.

DONE, this 18th day of July, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE