IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JESSIE W. PEARSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05cv418-T |
| | ) (WO) |
| DAVID MCNAIR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 5, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for Plaintiff's failure to prosecute this action properly and to comply with the orders of this court.

DONE, this the 15th of September, 2005.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE